**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF MARYLAND

Case number *(if known)* _____    Chapter __7__

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy 06/22

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | Raxco Software, Inc. |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 52-2287518 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **PO Box 87298** **Montgomery Village, MD 20886** Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Montgomery** County | **Location of principal assets, if different from principal place of business** Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | raxco.com |

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **Raxco Software, Inc.**                                    Case number (*if known*) _____
Name

**7.  Describe debtor's business**     A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____5132____

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

Debtor    **Raxco Software, Inc.**                                        Case number (*if known*) _____
_____
Name

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**
☑ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | | |
|---|---|---|---|
| Debtor _____ | | Relationship _____ | |
| District _____ | When _____ | Case number, if known _____ | |

**11.** **Why is the case filed in *this district*?**     *Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**
☑ No
☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.    Insurance agency _____
Contact name _____
Phone _____

---

**■ Statistical and administrative information**

**13.** **Debtor's estimation of available funds**     *Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.** **Estimated number of creditors**
☐ 1-49
☐ 50-99
☐ 100-199
☑ 200-999
☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15.** **Estimated Assets**
☑ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million
☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16.** **Estimated liabilities**
☐ $0 - $50,000
☐ $1,000,001 - $10 million
☐ $500,000,001 - $1 billion

Debtor  **Raxco Software, Inc.**                                                        Case number (*if known*)
        Name

☐ $50,001 - $100,000            ☐ $10,000,001 - $50  million       ☐ $1,000,000,001 - $10 billion
■ $100,001 - $500,000           ☐ $50,000,001 - $100 million       ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million         ☐ $100,000,001 - $500 million      ☐ More than $50 billion

| Debtor | **Raxco Software, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

| **Request for Relief, Declaration, and Signatures** |
|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **March 28, 2024**
MM / DD / YYYY

**X /s/ Robert E. Nolan**                                  **Robert E. Nolan**
Signature of authorized representative of debtor        Printed name

Title    **President**

**18. Signature of attorney**

**X /s/ David E. Lynn**                          Date    **March 28, 2024**
Signature of attorney for debtor                        MM / DD / YYYY

**David E. Lynn MDFedBar#08779**
Printed name

**David E. Lynn, P.C.**
Firm name

**15245 Shady Grove Road, Suite 465 N**
**Rockville, MD 20850**
Number, Street, City, State & ZIP Code

Contact phone    **301-255-0100**    Email address    **davidlynn@verizon.net**

**MDFedBar#08779 MD**
Bar number and State

**Fill in this information to identify the case:**

Debtor name    **Raxco Software, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF MARYLAND

Case number (if known)  _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■    *Schedule H: Codebtors* (Official Form 206H)

■    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐    Amended *Schedule*

☐    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐    Other document that requires a declaration  _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **March 28, 2024**              *X* **/s/ Robert E. Nolan**
                                                                 Signature of individual signing on behalf of debtor

                                                                 **Robert E. Nolan**
                                                                 Printed name

                                                                 **President**
                                                                 Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name    **Raxco Software, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF MARYLAND

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

---

**Part 1:    Summary of Assets**

1.    ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*.................................................................................................... $     **0.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*.................................................................................................... $     **14,160.68**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*.................................................................................................... $     **14,160.68**

---

**Part 2:    Summary of Liabilities**

2.    ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................... $     **0.00**

3.    ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................... $     **0.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................. +$     **111,304.00**

4.    Total liabilities ...................................................................................................
    Lines 2 + 3a + 3b

$     **111,304.00**

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name        **Raxco Software, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF MARYLAND

Case number (if known)  _____

☐ Check if this is an
amended filing

## Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property                    **12/15**

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.
Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties
which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts
or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write
the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an
additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

**For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset
schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the
debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.**

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

3.  **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*
Name of institution (bank or brokerage firm)          Type of account          Last 4 digits of account number

| | | | |
|---|---|---|---|
| 3.1. | **Bank of America account no.  . . 7078** | **Checking** | 7078 | $5,551.69 |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.          **$5,551.69**

| Part 2: | Deposits and Prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

■ No.  Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.    **Accounts receivable**

| 11a. 90 days old or less: | **8,487.99** | - | **0.00** | = .... | **$8,487.99** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

Debtor  **Raxco Software, Inc.**                                           Case number *(If known)* _____
        Name

| 11b. Over 90 days old: | 2,821.00 | - | 2,821.00 | =.... | $0.00 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

12.  **Total of Part 3.**                                                             | $8,487.99 |
     Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

**Part 4:**     **Investments**

13. **Does the debtor own any investments?**

   ■ No.  Go to Part 5.
   ☐ Yes Fill in the information below.

**Part 5:**     **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

   ■ No.  Go to Part 6.
   ☐ Yes Fill in the information below.

**Part 6:**     **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

   ■ No.  Go to Part 7.
   ☐ Yes Fill in the information below.

**Part 7:**     **Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

   ☐ No.  Go to Part 8.
   ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.  **Office furniture** | | | |
| 40.  **Office fixtures** | | | |
| 41.  **Office equipment, including all computer equipment and communication systems equipment and software** Computer equipment in server room.  See attached list for detail.  Equipment has been fully depreciated and is very old, and has no resale potential, so is shown with $-0- value. | $0.00 | Market value | $0.00 |

42.  **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork;
     books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card
     collections; other collections, memorabilia, or collectibles

43.  **Total of Part 7.**                                                              | $0.00 |
     Add lines 39 through 42.  Copy the total to line 86.

44.  **Is a depreciation schedule available for any of the property listed in Part 7?**
     ☐ No
     ■ Yes

Debtor   **Raxco Software, Inc.**                              Case number *(If known)* _____
          Name

45.   **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
      ■ No
      ☐ Yes

| Part 8: | Machinery, equipment, and vehicles |

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

      ■ No.  Go to Part 9.
      ☐ Yes Fill in the information below.

| Part 9: | Real property |

54. **Does the debtor own or lease any real property?**

      ■ No.  Go to Part 10.
      ☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |

59. **Does the debtor have any interests in intangibles or intellectual property?**

      ☐ No.  Go to Part 11.
      ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** Trademarks for "PerfectDisk" and "Raxco Software." | $0.00 | Market value | $0.00 |
| 61. **Internet domain names and websites** Internet doman "Raxco.com" | $0.00 | Market value | $0.00 |
| 62. **Licenses, franchises, and royalties** | | | |
| 63. **Customer lists, mailing lists, or other compilations** Customer lists.  See Schedule F, which is a list of customers as well as potential creditors. | $0.00 | | $0.00 |
| 64. **Other intangibles, or intellectual property** | | | |
| 65. **Goodwill** | | | |

66.   **Total of Part 10.**
      Add lines 60 through 65. Copy the total to line 89.                                  | $0.00 |

67.   **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
      ■ No
      ☐ Yes

68.   **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
      ■ No
      ☐ Yes

Debtor   **Raxco Software, Inc.**                                   Case number *(If known)* _____
         Name

69.   **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

   ■ No

   ☐ Yes

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

   ☐ No.  Go to Part 12.

   ■ Yes Fill in the information below.

|  | Current value of debtor's interest |
|---|---|
| 71.   **Notes receivable**<br>Description (include name of obligor) |  |
| 72.   **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) |  |
| 73.   **Interests in insurance policies or annuities**<br>**Workers' compensation insurance refund due from CNA**<br>**Insurance Company.  Policy No.  . . . 2191.** | $121.00 |

74.   **Causes of action against third parties (whether or not a lawsuit has been filed)**

75.   **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76.   **Trusts, equitable or future interests in property**

77.   **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78.   **Total of Part 11.**

   Add lines 71 through 77. Copy the total to line 90.

   | $121.00 |
   |---|

79.   **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

   ■ No

   ☐ Yes

Official Form 206A/B                  Schedule A/B Assets - Real and Personal Property                  page 4

Debtor  **Raxco Software, Inc.**
Name

Case number *(If known)* _____

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $5,551.69 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $8,487.99 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9* ......................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $121.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $14,160.68 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $14,160.68 |

In re    **Raxco Software, Inc.**                                          Case No. _____
                                                    Debtor(s)

## SCHEDULE A/B - PROPERTY
### Attachment A

**Raxco Software Server Room Inventory**

ESXi 6.0 host- contains 2 domain controller guest servers and the Raxco portal (on)
ESXi 5.1 and 5.5 host- contains DEV domain with various Windows guests used for testing (on)
Development Server                                    (off)
Software Build Server                                (off)
Desktop-used by former software engineer
Desktop-contains PUTTY software for connecting to OpenVMS systems (off)
Alpha Server-OpenVMS products (off)
Itanium Server-OpenVMS products (off)
EquiLogic Storage Unit- contains the virtual disks for the ESXi 5.1, 5.5, and 6.0 guests servers
Comcast Cable Modem
SonicWall VPN appliance  (soon unsupported)
Desktop- CFO's machine runs QuickBooks (on)
Desktop- Support Managers machine (on)
Monitors- 2
Power Controller Strip
Assorted Mice and Keyboards
KVM Switch - controls which machine is being accessed
UPS- Power continuity
Racks holding servers, UPS, and Sonic Wall- 2
Assorted broken hardware used for parts

In re **Raxco Software, Inc.**                      Case No. _____

Debtor(s)

## <u>SCHEDULE A/B - PROPERTY</u>
### Attachment B

**Raxco Software Inc.**
# A/R Aging Summary (Values in Home Currency)
### As of March 26, 2024

|  | Current | 1 - 30 | 31 - 60 | 61 - 90 | > 90 | TOTAL |
|---|---|---|---|---|---|---|
| **Dominion Systems** | 0.00 | 0.00 | 0.00 | 1,294.99 | 0.00 | 1,29 |
| **Far West Technologies** | 0.00 | 0.00 | 0.00 | 0.00 | 360.00 | 36 |
| **FT Systems** | 0.00 | 0.00 | 4,193.00 | 0.00 | 21.00 | 4,21 |
| **Provision for Bad Debt** | 0.00 | 0.00 | 0.00 | 0.00 | -8,035.00 | -8,03 |
| **TechSoup Global** | 0.00 | 0.00 | 0.00 | 3,000.00 | 0.00 | 3,00 |
| **TOTAL** | **0.00** | **0.00** | **4,193.00** | **4,294.99** | **-7,654.00** | ^^ |

**Fill in this information to identify the case:**

Debtor name **Raxco Software, Inc.**

United States Bankruptcy Court for the: DISTRICT OF MARYLAND

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Fill in this information to identify the case:**

Debtor name __**Raxco Software, Inc.**__

United States Bankruptcy Court for the: __DISTRICT OF MARYLAND__

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
| --- | --- |

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | | Amount of claim |
| --- | --- | --- |

**3.1** | Nonpriority creditor's name and mailing address
**AAA Northampton County**
**3914 Hecktown Rd**
**Easton, PA 18042**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Software subscription__

Is the claim subject to offset? ■ No  ☐ Yes

**$2,509.00**

---

**3.2** | Nonpriority creditor's name and mailing address
**Jay Abel**
**7 Alice Street**
**Truro, NS B2N 2M4**
**Canada**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Software subscription__

Is the claim subject to offset? ■ No  ☐ Yes

**Undetermined**

---

**3.3** | Nonpriority creditor's name and mailing address
**Calin Achim**
**Str. Vanatorilor, Nr. 28A**
**Alba Iulia 00051-0070**
**Romania**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Software subscription__

Is the claim subject to offset? ■ No  ☐ Yes

**Undetermined**

---

**3.4** | Nonpriority creditor's name and mailing address
**Michael Adams**
**111 Mansfield Ave**
**Shelby, OH 44875**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Software subscription__

Is the claim subject to offset? ■ No  ☐ Yes

**Undetermined**

---

27651

Debtor   **Raxco Software, Inc.**                                    Case number (if known) _____
_____
Name

| 3.5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,190.00** |
|---|---|---|---|

**ADM-Wild**
**Rudolph-Wild Str 107-115**
**Eppelstein/Heidelberg D-69214**
**GERMANY**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Software subscription_

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Undetermined** |
|---|---|---|---|

**Anssi Ahonen**
**Kotkansiivenkatu 3 A 6**
**Tampere 33720-0000**
**Finland**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Software subscription_

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Undetermined** |
|---|---|---|---|

**Parks Allen**
**4424 34th Ave S**
**Seattle, WA 98118**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Software subscription_

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,362.00** |
|---|---|---|---|

**Alsco**
**175 S. Temple**
**Suite 510**
**Salt Lake City, UT 84101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Software subscription_

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Undetermined** |
|---|---|---|---|

**Albert Alyta**
**13 ARCHIBALD STREET LYNEHAM**
**CANBERRA, AU_01 02602-0000**
**Australia**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Software subscription_

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Undetermined** |
|---|---|---|---|

**Edwin Ambing**
**4715 Executive Dr #G409**
**San Diego, CA 92037**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Software subscription_

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$360.00** |
|---|---|---|---|

**AME Africa Healthcare Pty**
**8 Caefron Ave**
**Westville, KwaZulu-Natal 3629**
**Durban**
**SOUTH AFRICA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Software subscription_

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor  **Raxco Software, Inc.**                              Case number (*if known*) _____
          Name

| 3.12 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Underdetermined** |

Jeff Amiot
5475 Cheyenne Rd.
PO Box 1010
Indian Hills, CO 80454

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Software subscription

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Underdetermined** |

Jon Amsler
18117 Ivy Lane
Olney, MD 20832

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Software subscription

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Underdetermined** |

Jan Andersen
Frands S rensens Vej 4
Kolding 06000-0000
Denmark

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Software subscription

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Underdetermined** |

Richard Andersen
Elledevej 15, 9
Kalundborg DK-4400
Denmark

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Software subscription

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Underdetermined** |

David Anderson
22575 Highway 9
Boulder Creek, CA 95006

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Software subscription

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Underdetermined** |

Kenneth Anderson
1181 CR 2117
Douglassville, TX 75560

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Software subscription

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Underdetermined** |

John Andrews
85 Nile St
ORANGE, AU_02 02800-0000
Australia

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Software subscription

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Raxco Software, Inc.**

Name

Case number (if known)

---

| 3.19 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$200.00** |
|---|---|---|---|

**Androscoggin Valley Hospital**
**59 Page Hill Rd**
**Berlin, NH 03570**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Software subscription

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$158.00** |
|---|---|---|---|

**Apex Oil**
**8235 Forsyth Blvd.**
**Suite 400**
**St. Louis, MO 63105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Software subscription

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Undetermined** |
|---|---|---|---|

**Carmelo Aquilina**
**250 Flood Street**
**LEICHHARDT, AU_02 02040-0000**
**Australia**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Software subscription

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Undetermined** |
|---|---|---|---|

**Robert Archell**
**1760 Storrington St**
**Pickering, ON L1V 2Y1**
**Canada**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Software subscription

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Undetermined** |
|---|---|---|---|

**Dennis Ardigo**
**14731 Barletta Way**
**Delray Beach, FL 33446**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Software subscription

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Undetermined** |
|---|---|---|---|

**David Arey Jr.**
**1908 Northampton Ave**
**Northampton, PA 18067**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Software subscription

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Undetermined** |
|---|---|---|---|

**David Arlan**
**36 Corbridge Road**
**Childwall**
**Liverpool L16 7QW**
**United Kingdom**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Software subscription

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Raxco Software, Inc.**
_____
Name

Case number (if known) _____

| | |
|---|---|
| 3.26 | **Nonpriority creditor's name and mailing address** |

**Nonpriority creditor's name and mailing address**
**Robert Ashman**
**23 Wyrallah Street**
**Lakes Entrance, AU_07 03909-0000**
**Australia**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Software subscription__

Is the claim subject to offset? ■ No ☐ Yes

**Undetermined**

---

3.27

**Nonpriority creditor's name and mailing address**
**Doug Ashton**
**490 Mapleleaf Drive #E**
**Cincinnati, OH 45255**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Software subscription__

Is the claim subject to offset? ■ No ☐ Yes

**Undetermined**

---

3.28

**Nonpriority creditor's name and mailing address**
**Anthony Ayala**
**PO Box 304**
**Central City, NE 68826**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Software subscription__

Is the claim subject to offset? ■ No ☐ Yes

**Undetermined**

---

3.29

**Nonpriority creditor's name and mailing address**
**Hartvig Bache-Wiig**
**Gammel-lina 71**
**Trondheim 07028-0000**
**Norway**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Software subscription__

Is the claim subject to offset? ☐ No ☐ Yes

**Undetermined**

---

3.30

**Nonpriority creditor's name and mailing address**
**Roger Bagwell**
**12715 Madison Ct**
**Thornton, CO 80241**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Software subscription__

Is the claim subject to offset? ■ No ☐ Yes

**Undetermined**

---

3.31

**Nonpriority creditor's name and mailing address**
**John Bailey**
**Asbroekstraat 30**
**Zoutleeuw 03440-0000**
**Belgium**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Software subscription__

Is the claim subject to offset? ■ No ☐ Yes

**Undetermined**

---

3.32

**Nonpriority creditor's name and mailing address**
**Marcus Bailey**
**3028 West Sussex Ct.**
**West Valley City, UT 84119**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Software subscription__

Is the claim subject to offset? ■ No ☐ Yes

**Undetermined**

---

Debtor  **Raxco Software, Inc.**
         Name

Case number (*if known*) _____

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Undetermined |
|---|---|---|---|

**Richard J Ballard**
**3664 Castleman Ave**
**Saint Louis, MO 63110-3702**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:**  Software subscription

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Undetermined |

**Brian Barletta**
**420 Mountain Rd.**
**Cheshire, CT 06410**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:**  Software subscription

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Undetermined |

**Stephane Barrois**
**5 rue des vignoles**
**Paris 75020-0000**
**France**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:**  Software subscription

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Undetermined |

**Edgar Barth**
**Grabenstr. 18**
**Monsheim 67590-0000**
**Germany**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:**  Software subscription

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $529.00 |

**Bartlett Regional Hospital**
**3260 Hospital Dr.**
**Juneau, AK 99801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:**  Software subscription

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Undetermined |

**Andrew Bartlett**
**7 Pondwick Road**
**harpenden al5 2hg**
**United Kingdom**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:**  Software subscription

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Undetermined |

**Frank Beck**
**16 Puschell Lane**
**North East, MD 21901**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:**  Software subscription

Is the claim subject to offset?  ■ No  ☐ Yes

---

Debtor   **Raxco Software, Inc.**
　　　　　Name

Case number (if known) _____

---

**3.40**

**Nonpriority creditor's name and mailing address**

**Jack Becker**
**4145 S Lake Dr**
**Apt 43**
**Saint Francis, WI 53235**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Software subscription

Is the claim subject to offset? ■ No ☐ Yes

**Undetermined**

---

**3.41**

**Nonpriority creditor's name and mailing address**

**Beckstrom Electric**
**55 Essex Square**
**Sterling, VA 20164**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Software subscription

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.42**

**Nonpriority creditor's name and mailing address**

**Stephen Behun**
**5 Red Rock Road # 7 Bx 177**
**Nipigon, ON P0T 2J0**
**Canada**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Software subscription

Is the claim subject to offset? ■ No ☐ Yes

**Undetermined**

---

**3.43**

**Nonpriority creditor's name and mailing address**

**Mike Belski**
**1530 Sun City Blvd #120-226**
**PMB 226**
**Georgetown, TX 78633-5350**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Software subscription

Is the claim subject to offset? ■ No ☐ Yes

**Undetermined**

---

**3.44**

**Nonpriority creditor's name and mailing address**

**Yannick Besson**
**21 rue basse**
**Mauze sur le Mignon 79210-0000**
**France**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Software subscription

Is the claim subject to offset? ■ No ☐ Yes

**Undetermined**

---

**3.45**

**Nonpriority creditor's name and mailing address**

**John Billingham**
**49 Red Hall Drive**
**Newcastle upon Tyne ne7 7lj**
**United Kingdom**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Software subscription

Is the claim subject to offset? ■ No ☐ Yes

**Undetermined**

---

**3.46**

**Nonpriority creditor's name and mailing address**

**Byron Blood**
**6615 Lake Shore Dr S Apt 809**
**Richfield, MN 55423**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Software subscription

Is the claim subject to offset? ■ No ☐ Yes

**Undetermined**

---

Debtor  **Raxco Software, Inc.**                                          Case number (*if known*) _____
_____
Name

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Undetermined** |
|---|---|---|---|

**Thomas Blumenthal**
**Grundelbachstrasse 2/3**
**Weinheim 69469-0000**
**Germany**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Software subscription

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Undetermined** |
|---|---|---|---|

**Gerd Boh**
**Edwin-Scharff-Ring 72**
**Hamburg 22309-0000**
**Germany**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Software subscription

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$390.00** |
|---|---|---|---|

**Bossier FCU**
**1961 Airline Dr.**
**Bossier City, LA 71112**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Software subscription

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Undetermined** |
|---|---|---|---|

**Gisele Boudreau**
**1270 3E Rang De Simpson**
**Saint-Cyrille-De-Wendover, QC J1Z 1Y4**
**Canada**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Software subscription

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Undetermined** |
|---|---|---|---|

**Allen Bowling**
**Calle San Clemente 513**
**Pisco 11601-0000**
**Peru**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Software subscription

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Undetermined** |
|---|---|---|---|

**Larry Brewer**
**1198 Jefferson St #303**
**San Leandro, CA 94577**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Software subscription

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Undetermined** |
|---|---|---|---|

**Carl Brinkley**
**15278 SW 104th Street**
**Apt. 5-26**
**Miami, FL 33196**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Software subscription

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Raxco Software, Inc.**        Case number (*if known*) _____

Name

---

| 3.54 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Undetermined** |
|---|---|---|---|

**Gary Brown**
**4 Kallaroo St**
**Mosman**
**Sydney, AU_02 02088-0000**
**Australia**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Software subscription__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.55 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$42.00** |
|---|---|---|---|

**Bryan Medical Center**
**1600 S. 48th St**
**Lincoln, NE 68506**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Software subscription__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Undetermined** |
|---|---|---|---|

**Steve Buckland**
**1607 F St**
**Napa, CA 94559**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Software subscription__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.57 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Undetermined** |
|---|---|---|---|

**Steve Burt**
**1390 N. Main St.**
**# 3722**
**Euless, TX 76039**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Software subscription__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Undetermined** |
|---|---|---|---|

**Kenneth A Cain**
**109 - 3 Washington Cres**
**Elliot Lake, ON P5A 2X1**
**Canada**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Software subscription__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.59 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Undetermined** |
|---|---|---|---|

**Ian Campbell**
**19 Cimarron Estates Way**
**Okotoks, AB T1S2P3**
**Canada**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Software subscription__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.60 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Undetermined** |
|---|---|---|---|

**ROBERTO LAZARO Campos Jr.**
**RUA MAJOR QUEDINHO 224 AP 1902 B**
**CENTRO**
**SAO PAULO, BR_SP 00105-0030**
**Brazil**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Software subscription__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Raxco Software, Inc.**                                      Case number (if known) _____
_____
Name

---

| 3.61 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Undetermined** |
|------|-----|-----|-----|

**Fredric Capus**
**1910 W Lakeview Blvd**
**North Fort Myers, FL 33903**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Software subscription__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.62 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Undetermined** |
|------|-----|-----|-----|

**ANTONIO CARACOCI**
**Rua Vilhena Morais 100 Bloco 3 Apt 206**
**Rio de Janeiro, BR_RJ 22793-0000**
**Brazil**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Software subscription__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.63 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|------|-----|-----|-----|

**Care New England**
**111 Brewster St.**
**Pawtucket, RI 02860**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Software subscription__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.64 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Undetermined** |
|------|-----|-----|-----|

**William Carlson**
**1616 Copperstone Road**
**Harrisburg, PA 17111**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Software subscription__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.65 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Undetermined** |
|------|-----|-----|-----|

**Richard Carpenter**
**19 Devon Wood**
**San Antonio, TX 78257**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Software subscription__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.66 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Undetermined** |
|------|-----|-----|-----|

**David Carr**
**57 Crossfield Park**
**Windy Nook**
**Gateshead NE10 9SA**
**United Kingdom**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Software subscription__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.67 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Undetermined** |
|------|-----|-----|-----|

**Michael Carr**
**2 St Andrews Dr**
**Queensbury, NY 12804**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Software subscription__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **Raxco Software, Inc.**                                             Case number (*if known*) _____
_____
Name

| | |
|---|---|

**3.68**

**Nonpriority creditor's name and mailing address**
**CCS**
**Votarova 2500/20a**
**Prague 180 00**
**CZECHIA**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Software subscription

Is the claim subject to offset? ■ No  ☐ Yes

**$2,800.00**

---

**3.69**

**Nonpriority creditor's name and mailing address**
**CDL**
**Strata House Kings Reach Rd**
**Stockport SK4 2HD**
**UNITED KINGDOM**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Software subscription

Is the claim subject to offset? ■ No  ☐ Yes

**$1,565.00**

---

**3.70**

**Nonpriority creditor's name and mailing address**
**Robert Cermak**
**1209 Church St**
**Ambridge, PA 15003**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Software subscription

Is the claim subject to offset? ■ No  ☐ Yes

**Undetermined**

---

**3.71**

**Nonpriority creditor's name and mailing address**
**Jimmy Chancey**
**1703 N Byron Rd**
**Wichita, KS 67212**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Software subscription

Is the claim subject to offset? ■ No  ☐ Yes

**Undetermined**

---

**3.72**

**Nonpriority creditor's name and mailing address**
**Andrew Charles**
**156 Dominion Road**
**Glenfield**
**Leicester LE3 8JA**
**United Kingdom**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Software subscription

Is the claim subject to offset? ■ No  ☐ Yes

**Undetermined**

---

**3.73**

**Nonpriority creditor's name and mailing address**
**Kenneth Charley**
**3800 Bayshore Blvd   spc 25**
**brisbane, CA 94005**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Software subscription

Is the claim subject to offset? ■ No  ☐ Yes

**Undetermined**

---

**3.74**

**Nonpriority creditor's name and mailing address**
**Charles Chedel**
**Eggfluhstrasse 25**
**Reinach BL 04153-0000**
**Switzerland**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Software subscription

Is the claim subject to offset? ■ No  ☐ Yes

**Undetermined**

---

Debtor    **Raxco Software, Inc.**                                    Case number *(if known)* _____
_____
Name

| 3.75 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Undetermined** |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
Matthew Chernek
113 Angell St
Bakersfield, CA 93309-1906

**As of the petition filing date, the claim is:** *Check all that apply.*   **Undetermined**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  Software subscription

Is the claim subject to offset? ■ No  ☐ Yes

---

3.76  **Nonpriority creditor's name and mailing address**
John Cheung
PARK ISLAND
MA WAN, N.T.
Hong Kong

**As of the petition filing date, the claim is:** *Check all that apply.*   **Undetermined**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  Software subscription

Is the claim subject to offset? ■ No  ☐ Yes

---

3.77  **Nonpriority creditor's name and mailing address**
Richa Christman
3605 Cardinal Ridge Drive
Greensboro, NC 27410

**As of the petition filing date, the claim is:** *Check all that apply.*   **Undetermined**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  Software subscription

Is the claim subject to offset? ■ No  ☐ Yes

---

3.78  **Nonpriority creditor's name and mailing address**
James Christoff
39 White Rd
Ballston Spa, NY 12020

**As of the petition filing date, the claim is:** *Check all that apply.*   **Undetermined**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  Software subscription

Is the claim subject to offset? ■ No  ☐ Yes

---

3.79  **Nonpriority creditor's name and mailing address**
Przemyslaw Chruscinski
Rosenstrasse 6
Erlensee 63526-0000
Germany

**As of the petition filing date, the claim is:** *Check all that apply.*   **Undetermined**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  Software subscription

Is the claim subject to offset? ■ No  ☐ Yes

---

3.80  **Nonpriority creditor's name and mailing address**
Bertrand Chung Chai Tsang
17, Charles de Gaulle street
Rose Hill
Mauritius

**As of the petition filing date, the claim is:** *Check all that apply.*   **Undetermined**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  Software subscription

Is the claim subject to offset? ■ No  ☐ Yes

---

3.81  **Nonpriority creditor's name and mailing address**
Stephen Clark
3625 E. Gandy Rd
Bartow, FL 33830

**As of the petition filing date, the claim is:** *Check all that apply.*   **Undetermined**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  Software subscription

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Raxco Software, Inc.**      Case number (*if known*) _____
Name

| 3.82 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Undetermined** |
|---|---|---|---|

**Jeff Clarke**
**6 Larch Close, Ruskington**
**Ruskington**
**Sleaford NG34 9GB**
**United Kingdom**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __Software subscription__

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.83 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Undetermined** |
|---|---|---|---|

**Glenn Claudi-Magnussen**
**2631 Blossom Street**
**Simi Valley, CA 93063**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __Software subscription__

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.84 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,200.00** |
|---|---|---|---|

**Clear Mountain Bank**
**PO Box 205**
**Bruceton Mills, WV 26525**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __Software subscription__

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.85 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Undetermined** |
|---|---|---|---|

**John Clevenger**
**1002 Seneca Falls Dr**
**Orlando, FL 32828**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __Software subscription__

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.86 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Undetermined** |
|---|---|---|---|

**Gerald Clusen**
**E9638 Countryview Lane**
**New London, WI 54961-8952**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __Software subscription__

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.87 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Undetermined** |
|---|---|---|---|

**Stephen Coe**
**22 Hockney Avenue**
**Barton Seagrave**
**Kettering NN155UF**
**United Kingdom**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __Software subscription__

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.88 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$75.00** |
|---|---|---|---|

**Cohen Pollack Turner PC**
**3350 Riverwood Pkwy**
**Suite 1600**
**Atlanta, GA 30339**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __Software subscription__

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Raxco Software, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.89**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Undetermined** |
|---|---|---|
| David Cohen<br>1511 SW Park Ave<br>#301<br>Portland,, OR 97201-7802 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** Software subscription | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.90**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Undetermined** |
|---|---|---|
| William Coleman<br>6 Sycamore Drive<br>Topsham, ME 04086 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** Software subscription | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.91**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Undetermined** |
|---|---|---|
| Rosendo Collazo<br>9850 SW 7th Ter.<br>Miami, FL 33174 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** Software subscription | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.92**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Undetermined** |
|---|---|---|
| William Collins<br>1291 N Lucille Street Apt 1<br>Wasilla, AK 99654 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** Software subscription | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

---

**3.93**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Undetermined** |
|---|---|---|
| Antonio Giovanni Colombo<br>Via Cairoli<br>13 B<br>Varese 21100-0000<br>Italy | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** Software subscription | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.94**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Undetermined** |
|---|---|---|
| Ken Colucci<br>PO Box 384273<br>Waikoloa, HI 96738 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** Software subscription | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.95**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,906.00** |
|---|---|---|
| Compagnie Miniere IOC<br>1 rue Retty<br>Sept-Iles, QC G4R 3C7<br>CANADA | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** Software subscription | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

Debtor **Raxco Software, Inc.**
Name

Case number *(if known)* _____

---

| 3.96 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Undetermined** |

**James Cook**
**8380 Greensboro Drive**
**Suite 1014**
**McLean, VA 22102**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Software subscription**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.97 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Undetermined** |

**John Cooley**
**1652 S Willow Oak Ct**
**Wichita, KS 67230**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Software subscription**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.98 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Undetermined** |

**John Cooper**
**7 Jerome Road**
**Larkfield**
**Aylesford ME206UR**
**United Kingdom**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Software subscription**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.99 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$125.00** |

**Cornerstone Medical**
**500 Vonderberg Dr**
**Brandon, FL 33511**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Software subscription**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Undetermined** |

**Wade Cornett**
**507 November St**
**Garner, NC 27529-4936**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Software subscription**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Undetermined** |

**Henk Corvers**
**Sint Geertruikerkhof**
**31**
**'s-Hertogenbosch 5211ST**
**Netherlands**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Software subscription**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Undetermined** |

**Arnaud Coudroy**
**32 Route du Pout**
**LOUPES 33370-0000**
**France**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Software subscription**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Raxco Software, Inc.**
Name

Case number (if known) _____

---

| 3.103 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Undetermined** |

**Y.Besson Court-Jus**
**21 rue basse**
**Mauz  sur le Mignon 79210-0000**
**France**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Software subscription**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.104 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Undetermined** |

**Larry Covington**
**4001 Brady St**
**PO Box 1656**
**Davenport, IA 52809**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Software subscription**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.105 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Undetermined** |

**Stephen Cox**
**99 Clearwater Road**
**Newton, MA 02462**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Software subscription**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.106 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Undetermined** |

**Marc Crane**
**508 Garcia Dr**
**Hemet, CA 92545**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Software subscription**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.107 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Undetermined** |

**James Crawford**
**920 Wilcox Ave Unit 202**
**Los Angeles, CA 90038**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Software subscription**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.108 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Undetermined** |

**Scott Crawford**
**245 William Street**
**Bensenville, IL 60106**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Software subscription**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.109 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Undetermined** |

**Tania Crawford**
**3848 NW 91st St.**
**Redmond, OR 97756**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Software subscription**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **Raxco Software, Inc.**
_____
Name

Case number (if known) _____

| | | |
|---|---|---|
| 3.110 | **Nonpriority creditor's name and mailing address** | **Undetermined** |

**Craig Crevola**
**505/15 Queens Rd**
**Melbourne, AU_07 03004-0000**
**Australia**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Software subscription**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.111 | **Nonpriority creditor's name and mailing address** | **$200.00** |

**Crivello Carlson**
**710 N. Plankinton St**
**Suite 500**
**Milwaukee, WI 53203**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Software subscription**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.112 | **Nonpriority creditor's name and mailing address** | **Undetermined** |

**Ted Crow**
**17682 Freymuth Road**
**Wapakoneta, OH 45895**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Software subscription**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.113 | **Nonpriority creditor's name and mailing address** | **Undetermined** |

**Bela Czinege**
**Szoreny 5-7**
**Budapest 01087-0000**
**Hungary**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Software subscription**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.114 | **Nonpriority creditor's name and mailing address** | **$258.00** |

**D.F. Pray**
**25 Anthony St.**
**Seekonk, MA 02771**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Software subscription**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.115 | **Nonpriority creditor's name and mailing address** | **Undetermined** |

**Mikael Dahla**
**Gurkvagen 11**
**Eker 178 90**
**Sweden**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Software subscription**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.116 | **Nonpriority creditor's name and mailing address** | **Undetermined** |

**Michael Davey**
**2 Sycamore Avenue**
**Richmond  North Yorkshire DL104BN**
**United Kingdom**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Software subscription**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Raxco Software, Inc.**
Name

Case number (if known) _____

---

| 3.117 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Undetermined** |
|---|---|---|---|

**Chance Davis**
**4975 E Butler Ave #153**
**Fresno, CA 93727**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Software subscription**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Undetermined** |
|---|---|---|---|

**Jim Davis**
**13 Missoula Park**
**ofallon, MO 63366**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Software subscription**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$71.00** |
|---|---|---|---|

**Daxtech**
**206-611 Brookside Rd**
**Victoria, BC V9C 0C3**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Software subscription**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Undetermined** |
|---|---|---|---|

**Charles Day**
**349 Alta Vista Dr.**
**Bozeman, MT 59715**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Software subscription**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Undetermined** |
|---|---|---|---|

**Gary Day**
**449 S Perry St**
**Titusville, PA 16354**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Software subscription**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**DCH Health System**
**809 University Blvd E.**
**Tuscaloosa, AL 35401**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Software subscription**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Undetermined** |
|---|---|---|---|

**Katrin De Belder**
**Dynamicalaan**
**15**
**Wilrijk 02610-0000**
**Belgium**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Software subscription**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Raxco Software, Inc.**                               Case number (if known) _____
_____
Name

| 3.124 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Undetermined** |
|---|---|---|---|

**Paul Deheuvels**
**7 avenue du Chateau**
**bourg-la-reine 92340-0000**
**France**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Software subscription

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.125 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Undetermined** |
|---|---|---|---|

**Robert DeLaney**
**4816 Easthill Dr**
**Roanoke, VA 24018**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Software subscription

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.126 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,062.00** |
|---|---|---|---|

**Denny's**
**203 E. Main St.**
**Spartanburg, SC 29319**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Software subscription

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.127 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$794.00** |
|---|---|---|---|

**Dept of Energy-ORCC**
**200 Administration Rd**
**Oak Ridge, TN 37830**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Software subscription

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.128 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Undetermined** |
|---|---|---|---|

**Thierry Desselas**
**24 Rue Victorien Sardou**
**BRIVE LA GAILLARDE 19100-0000**
**France**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Software subscription

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.129 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Undetermined** |
|---|---|---|---|

**Douglas Detling**
**363 Fargo St.**
**Eagle Point, OR 97524**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Software subscription

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.130 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Undetermined** |
|---|---|---|---|

**David Dingman**
**509 Aztec Dr**
**Robinson, Tx., TX 76706**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Software subscription

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor  **Raxco Software, Inc.**                                    Case number (if known) _____
_____
Name

---

| 3.131 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$577.00** |
|---|---|---|---|

**Do-it Corporation**
**1201 Blue Star Hwy.**
**South Haven, MI 49090**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Software subscription

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.132 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Doctors Hospital**
**Carr. #2 KM. 47.7**
**Manati, PR 00674**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Software subscription

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.133 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Undetermined** |
|---|---|---|---|

**John Dominique**
**1-24424 TWP rd 542**
**Sturgeon County, AB T8T1L3**
**Canada**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Software subscription

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.134 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Undetermined** |
|---|---|---|---|

**Oliver Donan**
**27514 Elmbridge Drive**
**Rancho Palos Verdes, CA 90275-3927**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Software subscription

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.135 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Undetermined** |
|---|---|---|---|

**Robert Duncan**
**28 Powerhouse Road**
**Schaghticoke, NY 12154**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Software subscription

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.136 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Undetermined** |
|---|---|---|---|

**Daniel Dunkle**
**248 3rd St. #709**
**Oakland, CA 94607**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Software subscription

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.137 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,961.00** |
|---|---|---|---|

**DXC UK NHS**
**1 Diamond Ct**
**Milton Keynes MK15 0DU**
**UNITED KINGDOM**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Software subscription

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor  **Raxco Software, Inc.**
Name

Case number (*if known*) _____

---

| 3.138 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Undetermined** |
|---|---|---|---|

**John Dye**
**2725 E Mine Creek Rd**
**Unit 1005**
**Phoenix, AZ 85024**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Software subscription**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.139 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$213.00** |
|---|---|---|---|

**Dyson Industries**
**Baslow Rd.**
**Sheffield S10 3GB**
**UNITED KINGDOM**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Software subscription**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.140 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Undetermined** |
|---|---|---|---|

**Isaiah Eatman**
**824 W MARTIN LUTHER KING JR BLVD**
**Apt 824 1/2**
**Los Angeles, CA 90037**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Software subscription**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.141 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Undetermined** |
|---|---|---|---|

**Robert Eckert**
**70 Burlington Street**
**Lexington, MA 02420**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Software subscription**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.142 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Undetermined** |
|---|---|---|---|

**Stefan Eckl**
**Leimitzer Str. 93**
**Hof 95028-0000**
**Germany**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Software subscription**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.143 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Undetermined** |
|---|---|---|---|

**Bruce Edwards**
**1821 NW 201st ST**
**Shoreline, WA 98177**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Software subscription**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.144 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Undetermined** |
|---|---|---|---|

**Lamar Edwards**
**129 Southfield Park**
**Dixie Inn, LA 71055**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Software subscription**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **Raxco Software, Inc.**
Name

Case number (*if known*) _____

---

| 3.145 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Undetermined** |

**Abdul Wahed El Gariani**
**11 rue de Pymont**
**Beauvechain 01320-0000**
**Belgium**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Software subscription**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.146 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Undetermined** |

**David Elfleet**
**208 Marsdale**
**Hull HU7 4AQ**
**United Kingdom**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Software subscription**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.147 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Undetermined** |

**Harry Elgert**
**B rgermeister-Langstrasse 34a**
**Pfungstadt 64319-0000**
**Germany**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Software subscription**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.148 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Undetermined** |

**Tom Ennis**
**862 Camellia Lane**
**Wayland, MI 49348**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Software subscription**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.149 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Undetermined** |

**Rafael Espinosa**
**Quetzalcotal 64 Depto D2**
**Col. Tlaxpana**
**Mexico DF 11370-0000**
**Mexico**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Software subscription**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.150 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Undetermined** |

**Paulo Fachim**
**Rua Zacarias Gomes de Souza**
**Curitiba, BR_PR 08155-0390**
**Brazil**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Software subscription**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.151 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Undetermined** |

**Peter Fairchild**
**Chemin du Signal 7**
**Saint Prex 01162-0000**
**Switzerland**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Software subscription**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Raxco Software, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.152**

**Nonpriority creditor's name and mailing address**
Javier Fanjul
Avda. de Galicia 39 F, 2 , izda.
Oviedo 33005-0000
Spain

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Software subscription__

Is the claim subject to offset? ■ No ☐ Yes

**Undetermined**

---

**3.153**

**Nonpriority creditor's name and mailing address**
Farwest Technologies
270 Daimler St.
Santa Ana, CA 92705

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Software subscription__

Is the claim subject to offset? ■ No ☐ Yes

**$240.00**

---

**3.154**

**Nonpriority creditor's name and mailing address**
Daniel Fassler
K fertalerstrasse
133
Mannheim 68167-0000
Germany

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Software subscription__

Is the claim subject to offset? ■ No ☐ Yes

**Undetermined**

---

**3.155**

**Nonpriority creditor's name and mailing address**
FHN Memorial Hospital
101 W. Stephenson St
Freeport, IL 61032

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Software subscription__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.156**

**Nonpriority creditor's name and mailing address**
Michael Finnegan
1 Hilltop Road
Kennett Square, PA 19348

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Software subscription__

Is the claim subject to offset? ■ No ☐ Yes

**Undetermined**

---

**3.157**

**Nonpriority creditor's name and mailing address**
Five Steins
108-112 Avenue de la Liberte'
Maison-Alfort 94700-0000
FRANCE

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Software subscription__

Is the claim subject to offset? ■ No ☐ Yes

**$4,125.00**

---

**3.158**

**Nonpriority creditor's name and mailing address**
David Flynn
4 Palmerstown Court
Palmerstown
Dublin 20, IE_07 D20PA43
Ireland

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Software subscription__

Is the claim subject to offset? ■ No ☐ Yes

**Undetermined**

---

Debtor  **Raxco Software, Inc.**                                         Case number *(if known)* _____
_____
Name

---

| 3.159 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Undetermined** |

**Conny Fogelqvist**
**Annestorpsv gen 71**
**Lindome 43733-0000**
**Sweden**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Software subscription**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.160 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Undetermined** |

**Frank Fontana**
**1507 Arnhem St.**
**Ottawa, ON K2C 1T9**
**Canada**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Software subscription**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.161 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Undetermined** |

**William Fontana**
**527 CUMBERLAND ROAD**
**Fredericksburg, VA 22405**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Software subscription**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.162 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$206.00** |

**Fort Scott Community College**
**2108 S. Horton**
**Fort Scott, KS 66701**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Software subscription**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.163 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Undetermined** |

**Daniel Fosker**
**1 Barry St**
**Morwell, AU_07 03840-0000**
**Australia**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Software subscription**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.164 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Undetermined** |

**Cherry Foster**
**PO Box 598**
**Fuilton, TX 78358**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Software subscription**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.165 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Undetermined** |

**Stephen Francisco**
**2338 Ptarmigan St. NW**
**Salem, OR 97304**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Software subscription**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Raxco Software, Inc.**
_____    Case number (if known) _____
Name

---

| 3.166 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Undetermined** |

**Robert Franklin**
**2700 Tibbets Dr**
**Bedford, TX 76022**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Software subscription**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.167 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Undetermined** |

**Tyler Frederick**
**1272 Timber Lane**
**Chalfont, PA 18914**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Software subscription**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.168 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Undetermined** |

**John Freeman**
**6850 Faircove Dr**
**Rancho Palos Verdes, CA 90275**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Software subscription**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.169 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Undetermined** |

**Raymond Freer**
**3418 ZEBECCA CREEK DR**
**Austin, TX 78732**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Software subscription**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.170 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Undetermined** |

**Sarah Friend**
**Patzer Str 17**
**Berlin 12359-0000**
**Germany**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Software subscription**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.171 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Friendship Academy**
**301 Camp Meeting Rd**
**Sewickley, PA 15143**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Software subscription**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.172 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Undetermined** |

**Thomas Frost Jr**
**1831 North 64th Lane**
**Phoenix, AZ 85035-4705**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Software subscription**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| Debtor | **Raxco Software, Inc.** | | Case number *(if known)* | |
| | Name | | | |

---

| 3.173 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Undetermined** |
| | **Dan Fuglesang** | ☐ Contingent | |
| | **M libachstrasse 65** | ☐ Unliquidated | |
| | **Richterswil 08805-0000** | ☐ Disputed | |
| | **Switzerland** | | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Software subscription | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.174 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Undetermined** |
| | **Andrew Furey** | ☐ Contingent | |
| | **22101 St Michaels Cir** | ☐ Unliquidated | |
| | **Great Mills, MD 20634** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Software subscription | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.175 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Undetermined** |
| | **Peter Furst** | ☐ Contingent | |
| | **Parkweg 13** | ☐ Unliquidated | |
| | **Rothrist 04852-0000** | ☐ Disputed | |
| | **Switzerland** | | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Software subscription | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.176 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Undetermined** |
| | **Norbert Gabor** | ☐ Contingent | |
| | **Kabar utca 11** | ☐ Unliquidated | |
| | **Budapest 01039-0000** | ☐ Disputed | |
| | **Hungary** | | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Software subscription | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.177 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Undetermined** |
| | **Cristian-Catalin Gavat** | ☐ Contingent | |
| | **Str Hasdeu B. Petriceicu Nr 1A** | ☐ Unliquidated | |
| | **Iasi 00070-0109** | ☐ Disputed | |
| | **Romania** | | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Software subscription | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.178 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Undetermined** |
| | **Howard Geltman** | ☐ Contingent | |
| | **74 Dale Road** | ☐ Unliquidated | |
| | **Wethersfield, CT 06109** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Software subscription | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.179 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$450.00** |
| | **Gemini Computer Systems** | ☐ Contingent | |
| | **1645 Temple Lane** | ☐ Unliquidated | |
| | **Rockford, IL 61112** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Software subscription | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

Debtor **Raxco Software, Inc.**                                      Case number *(if known)* _____
_____
Name

| 3.180 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Undetermined** |

3.180 | **Nonpriority creditor's name and mailing address**
Erik Gierlach
627 Paxson Ave
Hamilton, NJ 08619

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*   **Undetermined**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Software subscription

Is the claim subject to offset? ■ No  ☐ Yes

---

3.181 | **Nonpriority creditor's name and mailing address**
John Gilbert
53 Penn Way
Letchworth Garden City SG6 2SJ
United Kingdom

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*   **Undetermined**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Software subscription

Is the claim subject to offset? ■ No  ☐ Yes

---

3.182 | **Nonpriority creditor's name and mailing address**
Peter Gill
19 The Oaks
Martlesham Heath
Ipswich IP53UN
United Kingdom

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*   **Undetermined**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Software subscription

Is the claim subject to offset? ■ No  ☐ Yes

---

3.183 | **Nonpriority creditor's name and mailing address**
Leo Girouard
22 Brown Bay
Portage la Prairie, MB R1N 3R8
Canada

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*   **Undetermined**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Software subscription

Is the claim subject to offset? ■ No  ☐ Yes

---

3.184 | **Nonpriority creditor's name and mailing address**
Walter Gladwin
53 Coronation Road
Southville
Bristol BS3 1AR
United Kingdom

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*   **Undetermined**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Software subscription

Is the claim subject to offset? ■ No  ☐ Yes

---

3.185 | **Nonpriority creditor's name and mailing address**
Johnny Godfrey
2185 Wedgewood Dr
Longs, SC 29568

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*   **Undetermined**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Software subscription

Is the claim subject to offset? ■ No  ☐ Yes

---

3.186 | **Nonpriority creditor's name and mailing address**
Soroush Golchini
Julius Raab Stra e, 10
Linz 04040-0000
Austria

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*   **Undetermined**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Software subscription

Is the claim subject to offset? ■ No  ☐ Yes

Debtor    **Raxco Software, Inc.**

Case number *(if known)* _____

Name

---

| 3.187 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Undetermined** |
|---|---|---|---|

**Louis M Gold.**
**54 Cordova St.**
**San Francisco, CA 94112**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** **Software subscription**

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.188 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Undetermined** |
|---|---|---|---|

**Earl Gottfried**
**2501 Riverside Dr   Apt. 402**
**Coral Springs, FL 33065**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** **Software subscription**

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.189 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Undetermined** |
|---|---|---|---|

**Manuel Lu s Gouveia de Sousa**
**Marktplein 41 C 03**
**Galmaaden 01570-0000**
**Belgium**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** **Software subscription**

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.190 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$810.00** |
|---|---|---|---|

**Gov. Juan Luis Hospital**
**4007 Estate Diamond Ruby**
**Christiansted, VI 00821**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** **Software subscription**

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.191 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Undetermined** |
|---|---|---|---|

**Bill Gove**
**11 Millrise Lane SW**
**Calgary, AB T2Y 2C2**
**Canada**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** **Software subscription**

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.192 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Undetermined** |
|---|---|---|---|

**Robert Graham**
**6290 SW 130 Tr**
**Miami, FL 33156**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** **Software subscription**

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.193 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$700.00** |
|---|---|---|---|

**Grand River Hosp[tal**
**501 Airport Rd**
**Rifle, CO 81650**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** **Software subscription**

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Raxco Software, Inc.**                                                    Case number (if known) _____
         Name

| 3.194 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Undetermined** |
|---|---|---|---|

**Norman Grant**
**1816 W North St**
**Kalamazoo, MI 49006**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Software subscription**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.195 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Undetermined** |
|---|---|---|---|

**John Grden**
**25136 Acacia**
**Southfield, MI 48033**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Software subscription**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.196 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Undetermined** |
|---|---|---|---|

**Elsworth Grey**
**3270 S 98th St**
**Milwaukee, WI 53227**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Software subscription**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.197 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Undetermined** |
|---|---|---|---|

**William Griffin**
**300 Executive Drive**
**Edgewood, NY 11717**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Software subscription**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.198 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Undetermined** |
|---|---|---|---|

**Steven Gruenhut**
**Stromkarlsvagen 36**
**Bromma 167 62**
**Sweden**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Software subscription**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.199 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Undetermined** |
|---|---|---|---|

**Ronald Gula**
**20 Frederick Street**
**Swoyersville, PA 18704-3019**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Software subscription**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.200 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Undetermined** |
|---|---|---|---|

**WAYNE GULLEDGE**
**1408 ASHLAND CITY RD**
**CLARKSVILLE, TN 37040-6403**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Software subscription**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Raxco Software, Inc.** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**3.201** | **Nonpriority creditor's name and mailing address**
Michael Haast
139C The Orchard
East Windsor, NJ 08512

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Undetermined**

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Software subscription**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.202** | **Nonpriority creditor's name and mailing address**
Hampton Regional Med. Ctr.
595 W. Carolina Ave.
Varnville, SC 29944

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,530.00**

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Software subscription**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.203** | **Nonpriority creditor's name and mailing address**
Steven Harding
281 Whitetail Crossing Dr
Troy, MO 63379

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Undetermined**

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Software subscription**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.204** | **Nonpriority creditor's name and mailing address**
HarperCollins Publishers
53 Glenmaura National Blvd
Moosic, PA 18507

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$240.00**

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Software subscription**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.205** | **Nonpriority creditor's name and mailing address**
Kiran Harry
PO Box 26
The Main Mall
Gaborone
Botswana

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Undetermined**

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Software subscription**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.206** | **Nonpriority creditor's name and mailing address**
Patrick J Hart
PO Box 146
Gig Harbor, WA 98335

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Undetermined**

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Software subscription**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.207** | **Nonpriority creditor's name and mailing address**
Barry Haysom
99 Ranchlands Lane Northeast
Medicine Hat, AB T1C 2A5
Canada

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Undetermined**

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Software subscription**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Raxco Software, Inc.**                                    Case number (if known) _____

Name

| 3.208 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,683.00** |
|---|---|---|---|

**Healthprime Intl**
**174 Waterfront St.**
**Suite 330**
**Oxen Hill, MD 20745**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Software subscription

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.209 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Undetermined** |
|---|---|---|---|

**Larry Hearold**
**12 Pine Drive**
**Homosassa, FL 34446**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Software subscription

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.210 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Undetermined** |
|---|---|---|---|

**Jan Heckman**
**Westerstraat 24**
**Delft 2613RH**
**Netherlands**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Software subscription

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.211 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Undetermined** |
|---|---|---|---|

**Thomas Heidger**
**481 6530 Road**
**Montrose, CO 81401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Software subscription

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.212 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Undetermined** |
|---|---|---|---|

**Paul Henne**
**712 Jupiter Hills Ct**
**Arnold, MD 21012**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Software subscription

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.213 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Undetermined** |
|---|---|---|---|

**Erik Hieta**
**Seuravuorenkatu 15**
**Paattinen 21330-0000**
**Finland**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Software subscription

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.214 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Undetermined** |
|---|---|---|---|

**Jay Highland**
**PO Box 560**
**Bayfield, CO 81122-0560**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Software subscription

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor  **Raxco Software, Inc.**                                          Case number (if known) _____
           Name

---

| 3.215 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Undetermined** |
|---|---|---|---|

**Milton Hobbs**
**183 Del Rio Rd**
**Hephzibah, GA 30815**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Software subscription**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.216 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Undetermined** |
|---|---|---|---|

**Errol Hoch**
**1708 Saginaw DR**
**Coatesville, PA 19320**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Software subscription**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.217 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Undetermined** |
|---|---|---|---|

**Norbert Hoeller**
**5234 Cherry Street**
**Stouffville, ON L4A 3K8**
**Canada**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Software subscription**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.218 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Undetermined** |
|---|---|---|---|

**George Hoevenaar**
**Van Everdingenstraat 26**
**Eindhoven 05643-0000**
**Netherlands**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Software subscription**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.219 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Undetermined** |
|---|---|---|---|

**Randall Hoffner**
**1091 Beswick Way**
**Ashland, OR 97520**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Software subscription**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.220 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Undetermined** |
|---|---|---|---|

**Prem Holdaway**
**9 Harecourt Road**
**Canonbury**
**London N1 2LW**
**United Kingdom**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Software subscription**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.221 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$17.00** |
|---|---|---|---|

**Holland Bloorview Hospital**
**150 Kilgour Rd**
**Toronto, ON M4G 1R8**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Software subscription**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Raxco Software, Inc.**                                          Case number (if known) _____
　　　　　　Name

---

**3.222** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Undetermined**
| **Richard Hoodman** | ☐ Contingent |
| **2455 S 3600 W** | ☐ Unliquidated |
| **West Valley City, UT 84119** | ☐ Disputed |
| Date(s) debt was incurred _ | **Basis for the claim:** __Software subscription__ |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

---

**3.223** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Undetermined**
| **Jeffrey Hora** | ☐ Contingent |
| **23998 Vinland Tedrrace NW** | ☐ Unliquidated |
| **Poulsbo, WA 98370** | ☐ Disputed |
| Date(s) debt was incurred _ | **Basis for the claim:** __Software subscription__ |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

---

**3.224** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Undetermined**
| **Norbert Horsinka** | ☐ Contingent |
| **Sulzbacher Str. 10** | ☐ Unliquidated |
| **Bad Soden am Taunus 65812-0000** | ☐ Disputed |
| **Germany** | |
| Date(s) debt was incurred _ | **Basis for the claim:** __Software subscription__ |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

---

**3.225** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,422.00**
| **Howard County Med. Ctr.** | ☐ Contingent |
| **1113 Sherman St.** | ☐ Unliquidated |
| **St. Paul, MN 68873** | ☐ Disputed |
| Date(s) debt was incurred _ | **Basis for the claim:** __Software subscription__ |
| Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes |

---

**3.226** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Undetermined**
| **James Hoxie** | ☐ Contingent |
| **2000 Carrigan St.** | ☐ Unliquidated |
| **Turlock, CA 95380** | ☐ Disputed |
| Date(s) debt was incurred _ | **Basis for the claim:** __Software subscription__ |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

---

**3.227** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,079.00**
| **HPE-Portugal** | |
| **Rua dos Malhoes 4** | ☐ Contingent |
| **Quinta da Fonte-Edificio D, Sansho1** | ☐ Unliquidated |
| **2774-528 Paco D'Arco, Oenas** | ☐ Disputed |
| **PORTUGAL** | |
| Date(s) debt was incurred _ | **Basis for the claim:** __Software subscription__ |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

---

**3.228** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Undetermined**
| **Raymond Hricik** | ☐ Contingent |
| **218 Saddle Court** | ☐ Unliquidated |
| **Freedom, PA 15042** | ☐ Disputed |
| Date(s) debt was incurred _ | **Basis for the claim:** __Software subscription__ |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

---

Debtor    **Raxco Software, Inc.**                                    Case number (*if known*) _____
_____
Name

| 3.229 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Undetermined** |
|---|---|---|---|

**3.229**

**Nonpriority creditor's name and mailing address**
**David Huelsmann**
**4810 N 147th Street**
**Omaha, NE 68116**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Software subscription

Is the claim subject to offset? ■ No ☐ Yes

**Undetermined**

---

**3.230**

**Nonpriority creditor's name and mailing address**
**Paul Hurved**
**39 Orchard Close**
**Shepshed LE12 9UB**
**United Kingdom**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Software subscription

Is the claim subject to offset? ■ No ☐ Yes

**Undetermined**

---

**3.231**

**Nonpriority creditor's name and mailing address**
**John Hutchinson**
**5 Savona Court**
**28 The Downs**
**London SW20 8HY**
**United Kingdom**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Software subscription

Is the claim subject to offset? ■ No ☐ Yes

**Undetermined**

---

**3.232**

**Nonpriority creditor's name and mailing address**
**Laurent Huyghebaert**
**Oosterzelesteenweg 123**
**Wetteren 09230-0000**
**Belgium**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Software subscription

Is the claim subject to offset? ■ No ☐ Yes

**Undetermined**

---

**3.233**

**Nonpriority creditor's name and mailing address**
**IDI Billling Solutions**
**7615 Omnitech Place**
**Victor, NY 14564**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Software subscription

Is the claim subject to offset? ■ No ☐ Yes

**$675.00**

---

**3.234**

**Nonpriority creditor's name and mailing address**
**Gary Imel**
**5156 E 500th St**
**Putnam, IL 61560**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Software subscription

Is the claim subject to offset? ■ No ☐ Yes

**Undetermined**

---

**3.235**

**Nonpriority creditor's name and mailing address**
**Indian River Networks**
**241 Sixth Ave.**
**Indialantic, FL 32903**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Software subscription

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **Raxco Software, Inc.**                                          Case number (if known) _____
_____
Name

| 3.236 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$563.00** |
|---|---|---|---|

**3.236**
**Nonpriority creditor's name and mailing address**
**Ingerman Management Co.**
**5 Powell Lane**
**Collingswood, NJ 08108**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Software subscription

Is the claim subject to offset? ■ No  ☐ Yes

**$563.00**

---

**3.237**
**Nonpriority creditor's name and mailing address**
**M Ingham**
**18 Willowfield Avenue**
**Nettleham**
**Lincoln LN2 2TH**
**United Kingdom**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Software subscription

Is the claim subject to offset? ■ No  ☐ Yes

**Undetermined**

---

**3.238**
**Nonpriority creditor's name and mailing address**
**Int' Wire Group**
**12 Masonic Ave.**
**Camden, NY 13316**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Software subscription

Is the claim subject to offset? ■ No  ☐ Yes

**$581.00**

---

**3.239**
**Nonpriority creditor's name and mailing address**
**IPS Ceramics**
**Unit 6 Decade Close**
**High Carr Business Park**
**Newcastle under Lyme ST5 7UH**
**UNITED KINGDOM**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Software subscription

Is the claim subject to offset? ■ No  ☐ Yes

**$38.00**

---

**3.240**
**Nonpriority creditor's name and mailing address**
**Ben Iveland**
**Fjellhoyveien 49U**
**Gre ker 01718-0000**
**Norway**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Software subscription

Is the claim subject to offset? ■ No  ☐ Yes

**Undetermined**

---

**3.241**
**Nonpriority creditor's name and mailing address**
**William Jackson**
**4805 Bentcreek Drive**
**Fuquay Varina, NC 27526**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Software subscription

Is the claim subject to offset? ■ No  ☐ Yes

**Undetermined**

---

**3.242**
**Nonpriority creditor's name and mailing address**
**Jens Alro Jacobsen-Fich**
**La Apa ada 4**
**El Cuchillo 35560-0000**
**Canary Islands**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Software subscription

Is the claim subject to offset? ■ No  ☐ Yes

**Undetermined**

---

Debtor  **Raxco Software, Inc.**                                      Case number *(if known)* _____
_____
Name

---

3.243 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Undetermined**
**WAYNE JAGDEOSINGH**
**10813 NW 30TH ST BLDG 115 APT 105**
**MIAMI, FL 33172**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Software subscription**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

3.244 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Undetermined**
**Richard James**
**4456 Craig Court**
**Victoria, BC v8n 5w3**
**Canada**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Software subscription**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

3.245 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Undetermined**
**Stefan Jansson**
**Riddaregatan 2 A**
**Ume 90336-0000**
**Sweden**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Software subscription**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

3.246 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Undetermined**
**Mitchell Jeffers**
**4205 W Tropicana**
**1012**
**Las Vegas, NV 89103**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Software subscription**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

3.247 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Undetermined**
**Joseph Jeffrey**
**3909 Samuel Mathews**
**Williamsburg, VA 23188-1325**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Software subscription**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

3.248 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Undetermined**
**Torsten Johann**
**Leintelstr. 31**
**Ebersbach 73061-0000**
**Germany**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Software subscription**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

3.249 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Undetermined**
**Alfred Johnson**
**12804 Cottonwood Ct**
**Upper Marlboro, MD 20774**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Software subscription**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor  **Raxco Software, Inc.**                                         Case number (*if known*)  _____

_____
Name

| 3.250 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Undetermined** |

**3.250**

**Nonpriority creditor's name and mailing address**

**Kevin Johnson**
**21 Leen Mills Lane**
**Hucknall NG15 8BZ**
**United Kingdom**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Software subscription**

Is the claim subject to offset? ■ No  ☐ Yes

**Undetermined**

---

**3.251**

**Nonpriority creditor's name and mailing address**

**Harvey Jones**
**73 Haven Ave**
**Valley Stream, NY 11580**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Software subscription**

Is the claim subject to offset? ■ No  ☐ Yes

**Undetermined**

---

**3.252**

**Nonpriority creditor's name and mailing address**

**Roy Jones**
**26 Mac Donald Avenue**
**Padbury**
**Perth, AU_08 06025-0000**
**Australia**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Software subscription**

Is the claim subject to offset? ■ No  ☐ Yes

**Undetermined**

---

**3.253**

**Nonpriority creditor's name and mailing address**

**Vincent Jones**
**657 Molino Ave**
**Long Beach, CA 90814**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Software subscription**

Is the claim subject to offset? ■ No  ☐ Yes

**Undetermined**

---

**3.254**

**Nonpriority creditor's name and mailing address**

**Sherry Kahn**
**Kahn Landscaping LLC**
**147 Robinson Road Dept. 489**
**Hudson, NH 03051**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Software subscription**

Is the claim subject to offset? ■ No  ☐ Yes

**Undetermined**

---

**3.255**

**Nonpriority creditor's name and mailing address**

**Howard Kane**
**221 Lakeside Ave**
**Lake Hopatcong, NJ 07849**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Software subscription**

Is the claim subject to offset? ■ No  ☐ Yes

**Undetermined**

---

**3.256**

**Nonpriority creditor's name and mailing address**

**Paul Kapaldo**
**4777 Columbia Rd**
**Unit 204**
**North Olmsted, OH 44070**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Software subscription**

Is the claim subject to offset? ■ No  ☐ Yes

**Undetermined**

| Debtor | **Raxco Software, Inc.** | Case number (if known) | |
| --- | --- | --- | --- |
| | Name | | |

---

**3.257**

**Nonpriority creditor's name and mailing address**
**Nicholas Karlsson**
**Gropegardsgatan 5 Lgh 1303**
**Goteborg 41710-0000**
**Sweden**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Software subscription

Is the claim subject to offset? ■ No ☐ Yes

**Undetermined**

---

**3.258**

**Nonpriority creditor's name and mailing address**
**Martin Kaucsar**
**Str. Tarnita, nr.7**
**Cluj-Napoca 00040-0659**
**Romania**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Software subscription

Is the claim subject to offset? ■ No ☐ Yes

**Undetermined**

---

**3.259**

**Nonpriority creditor's name and mailing address**
**James Kavcak**
**551 E Church Ave**
**Telford, PA 18969**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Software subscription

Is the claim subject to offset? ■ No ☐ Yes

**Undetermined**

---

**3.260**

**Nonpriority creditor's name and mailing address**
**P. Kelderman**
**Wanmolen 20**
**Hellevoetsluis 3224BT**
**Netherlands**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Software subscription

Is the claim subject to offset? ■ No ☐ Yes

**Undetermined**

---

**3.261**

**Nonpriority creditor's name and mailing address**
**Toby Kemp**
**25 Cadles road**
**Unit 3**
**Carrum Downs, AU_07 03199-0000**
**Australia**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Software subscription

Is the claim subject to offset? ■ No ☐ Yes

**Undetermined**

---

**3.262**

**Nonpriority creditor's name and mailing address**
**Jari Kiero**
**Wohlfartstrasse 41**
**Munich 80939-0000**
**Germany**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Software subscription

Is the claim subject to offset? ■ No ☐ Yes

**Undetermined**

---

**3.263**

**Nonpriority creditor's name and mailing address**
**JinSeok Kim**
**10 Orchard Terrace**
**Riverhead**
**Auckland 00820-0000**
**New Zealand**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Software subscription

Is the claim subject to offset? ■ No ☐ Yes

**Undetermined**

---

Debtor   **Raxco Software, Inc.**                                              Case number *(if known)* _____
_____
Name

| 3.264 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Undetermined** |

**3.264**

**Nonpriority creditor's name and mailing address**

David King
18 Craigs Park
Corstorphine
Edinburgh EH12 8UL
United Kingdom

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Software subscription

Is the claim subject to offset? ■ No ☐ Yes

**Undetermined**

---

**3.265**

**Nonpriority creditor's name and mailing address**

Martin Kirk
21414 NE Lucia Falls Rd
Yacolt, WA 98675

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Software subscription

Is the claim subject to offset? ■ No ☐ Yes

**Undetermined**

---

**3.266**

**Nonpriority creditor's name and mailing address**

Jim Kistler
5252 Auburn Circle
Westminster, CA 92683

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Software subscription

Is the claim subject to offset? ■ No ☐ Yes

**Undetermined**

---

**3.267**

**Nonpriority creditor's name and mailing address**

Kevin Kitchen
4808 Andalusia Trail
Arlington, TX 76017-2166

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Software subscription

Is the claim subject to offset? ■ No ☐ Yes

**Undetermined**

---

**3.268**

**Nonpriority creditor's name and mailing address**

Peter Klees
5613 HORSESHOE LAKE RD
Stafford, NY 14145

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Software subscription

Is the claim subject to offset? ■ No ☐ Yes

**Undetermined**

---

**3.269**

**Nonpriority creditor's name and mailing address**

S David Klein
104 MINEOLA PLACE
EDISON, NJ 08817

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Software subscription

Is the claim subject to offset? ■ No ☐ Yes

**Undetermined**

---

**3.270**

**Nonpriority creditor's name and mailing address**

Rev. Luke Kontgas
P.O. Box 349
Price, UT 84501-0349

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Software subscription

Is the claim subject to offset? ■ No ☐ Yes

**Undetermined**

---

Debtor   **Raxco Software, Inc.**                                    Case number (if known) _____
         Name

| 3.271 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Undetermined** |
|---|---|---|---|

**Stephen Korin**
**50 Village Hill Drive**
**Dix Hills, NY 11746**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Software subscription__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.272 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Undetermined** |
|---|---|---|---|

**Vernon Koscheski**
**4013 N Country Dr**
**Antelope, CA 95843**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Software subscription__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.273 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Kruger**
**3285 Chemin Bedford**
**Montreal, QC H3S 1G5**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Software subscription__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.274 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Undetermined** |
|---|---|---|---|

**Artur Krukowski**
**Archimidous 60**
**Athens 16343-0000**
**Greece**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Software subscription__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.275 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Undetermined** |
|---|---|---|---|

**Gary Kryshka**
**87 Beechbrooke Way**
**Aurora, ON L4G 6N5**
**Canada**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Software subscription__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.276 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Undetermined** |
|---|---|---|---|

**Anthony Krzywowiaza**
**83 N Transit Hill Dr**
**Depew, NY 14043**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Software subscription__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.277 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Undetermined** |
|---|---|---|---|

**Roland Kugler**
**Astallerstrasse 7**
**Munchen 80339-0000**
**Germany**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Software subscription__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Raxco Software, Inc.**                                    Case number (if known) _____
          _____
          Name

| 3.278 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Undetermined** |

**Douglas Lafayette**
**1404 Big Bend Dr**
**Plano, TX 75023**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Software subscription

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.279 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Undetermined** |

**John Lance**
**90 Clubway Dr.**
**Greenville, NC 27834**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Software subscription

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.280 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Undetermined** |

**Brian Landers**
**13339 Millbank Dr**
**Plainfield, IL 60585**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Software subscription

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.281 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Undetermined** |

**Michal Lange**
**Fischachstrase**
**18/3**
**Bergheim bei Salzburg 05101-0000**
**Austria**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Software subscription

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.282 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Undetermined** |

**John Langley**
**Box 44145**
**RPO Garside**
**Edmonton, AB T5V 1N6**
**Canada**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Software subscription

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.283 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Undetermined** |

**David Lardner**
**12505 Saxony Park Circle #102**
**Louisville, KY 40299**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Software subscription

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.284 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Undetermined** |

**David Lardner**
**112 Lovers Leap Rd.**
**Lawrenceburg, KY 40342**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Software subscription

Is the claim subject to offset? ☒ No  ☐ Yes

---

Debtor **Raxco Software, Inc.**
Name

Case number *(if known)* _____

---

| 3.285 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Undetermined** |
|---|---|---|---|

**Jerry Larsen**
**4606 South Flamingo**
**Seabrook, TX 77586**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Software subscription**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.286 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Undetermined** |
|---|---|---|---|

**Jz Lauratis**
**911 N Maddux Dr**
**Reno, NV 89512**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Software subscription**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.287 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Undetermined** |
|---|---|---|---|

**Jake Lazinger**
**Hzyit 97**
**BetElazri 76803-0000**
**Israel**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Software subscription**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.288 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Undetermined** |
|---|---|---|---|

**Chris Leach**
**56 High Beech Road**
**Loughton IG10 4BL**
**United Kingdom**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Software subscription**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.289 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Undetermined** |
|---|---|---|---|

**Rinus Leeuw**
**H. Roland Holsthof 92**
**Weesp 1382SL**
**Netherlands**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Software subscription**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.290 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Undetermined** |
|---|---|---|---|

**Grant Leggett**
**4707 Pasqua Street**
**Regina, SK S4S 6N7**
**Canada**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Software subscription**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.291 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Undetermined** |
|---|---|---|---|

**Thomas Leo**
**18409 Chatham Lane**
**Porter Ranch, CA 91326**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Software subscription**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Raxco Software, Inc.**
Name

Case number (if known) _____

---

| 3.292 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Undetermined** |
|---|---|---|---|

**Greg Lepicier**
**2320 Sarah Ct.**
**Signal Hill, CA 90755**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Software subscription**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.293 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Undetermined** |
|---|---|---|---|

**Reg Lewicki**
**6991 Silkwood Lane**
**Solon, OH 44139**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Software subscription**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.294 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$225.00** |
|---|---|---|---|

**Lifehouse Hospital**
**119-143 Missenden Rd**
**Camperdown, NSW 02050-0000**
**AUSTRALIA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Software subscription**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.295 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Undetermined** |
|---|---|---|---|

**William Light**
**2337 Quaker Ridge Dr**
**Ann Arbor, MI 48108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Software subscription**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.296 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Undetermined** |
|---|---|---|---|

**Jason Litke**
**10144 154 ST NW Unit 6**
**Edmonton, AB T5P 2H3**
**Canada**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Software subscription**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.297 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Undetermined** |
|---|---|---|---|

**SALVATORE LIVATINO**
**VIA EDMONDO DE AMICIS N.15**
**PALERMO 90143-0000**
**Italy**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Software subscription**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.298 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Undetermined** |
|---|---|---|---|

**James Lloyd**
**3015 Blackthorn Way**
**Henrico, VA 23233**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Software subscription**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Raxco Software, Inc.**                              Case number (*if known*) _____
        _____
        Name

| 3.299 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Undetermined** |
|---|---|---|---|

**William Lockridge**
**15231 S 14th Ave**
**Phoenix, AZ 85044**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Software subscription__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.300 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Undetermined** |
|---|---|---|---|

**Ralph Loschiavo**
**7230 Kimpata Way**
**Brentwood Bay, BC V8M 1C1**
**Canada**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Software subscription__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.301 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Undetermined** |
|---|---|---|---|

**Jorge Luiz Marques Lemos**
**Rua Soldado-Pol cia Militar Django da Si**
**Casa**
**Boa Vista, BR_RR 06931-3578**
**Brazil**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Software subscription__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.302 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Undetermined** |
|---|---|---|---|

**Erick Lundin**
**1169 Claire Rd**
**Crownsville, MD 21032-1048**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Software subscription__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.303 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$248.00** |
|---|---|---|---|

**Macmillan Publishers Int'l Ltd.**
**Cromwell Pl. Hampshire Int'l Bus. Park**
**Lime Tree Way**
**Basingstoke, Hampshire RG24 8YJ**
**UNITED KINGDOM**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Software subscription__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.304 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Undetermined** |
|---|---|---|---|

**Kjell Magnusson**
**Geijersgatan 35D**
**Uppsala 75231-0000**
**Sweden**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Software subscription__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.305 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Undetermined** |
|---|---|---|---|

**Chris Mampaey**
**bist 35 bus 11**
**wilrijk 02610-0000**
**Belgium**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Software subscription__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Raxco Software, Inc.**
_____  Case number (*if known*)  _____

Name

| 3.306 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Marcus Thomas LLC**
**4781 Richmond Rd**
**Cleveland, OH 44128**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Software subscription**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.307 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Undetermined** |
|---|---|---|---|

**Jeffrey Martin**
**10 McFarlane Crescent**
**Epping, AU_07 03076-0000**
**Australia**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Software subscription**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.308 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Undetermined** |
|---|---|---|---|

**Michael Martin**
**107 East Browning Road**
**Collingswood, NJ 08108**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Software subscription**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.309 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Undetermined** |
|---|---|---|---|

**Peter Martin**
**2501 Maple Tree Drive**
**St. Charles, MO 63303**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Software subscription**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.310 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Undetermined** |
|---|---|---|---|

**Rodney Martin**
**141 Gorge Road East**
**Suite 202**
**Victoria, BC V9A 1L1**
**Canada**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Software subscription**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.311 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Undetermined** |
|---|---|---|---|

**Scott Martin**
**10615 Old Seagoville Rd**
**Dallas, TX 75217**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Software subscription**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.312 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Undetermined** |
|---|---|---|---|

**Francisco Martinez Casanova**
**Doctor Buades, 5 2E**
**Alicante 03012-0000**
**Spain**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Software subscription**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Raxco Software, Inc.**                                    Case number (*if known*)  _____
          Name

| 3.313 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Undetermined** |

**Marty Martinez**
**357 Cherry Hills Ct**
**ThousandOaks, CA 91320**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Software subscription**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.314 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Undetermined** |

**John Masles**
**880 Newton St**
**Monterey, CA 93940**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Software subscription**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.315 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Undetermined** |

**Michael Masterson**
**334 Ensign Pond Rd,**
**North Hudson, NY 12855**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Software subscription**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.316 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Undetermined** |

**James Mattern**
**4025 GAUGIN STREET**
**PENSACOLA, FL 32504**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Software subscription**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.317 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Undetermined** |

**Bent-Olav Maurseth**
**Rosenlundvein 50**
**T nsberg 03150-0000**
**Norway**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Software subscription**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.318 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Undetermined** |

**GREGORY MAYNARD**
**4511 1617 SK street**
**Elwood, IN 46036**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Software subscription**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.319 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Undetermined** |

**Silvio Mazzella Jr.**
**711 Oakland Place**
**Bronx, NY 10457**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Software subscription**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Raxco Software, Inc.**
_____   Case number (if known) _____
Name

| 3.320 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Undetermined** |
|---|---|---|---|

**3.320** **Nonpriority creditor's name and mailing address**

**CB McCoy**
**9550 Boca Gardens Parkway**
**APT A**
**Boca Raton, FL 33496**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.     **Undetermined**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Software subscription__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.321** **Nonpriority creditor's name and mailing address**

**Kim McMuldrow**
**Broadmeadow Holistic Centre**
**Church Stretton SY6 6NQ**
**United Kingdom**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.     **Undetermined**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Software subscription__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.322** **Nonpriority creditor's name and mailing address**

**James Mead**
**109 Pine Glen Drive**
**East Greenwich, RI 02818**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.     **Undetermined**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Software subscription__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.323** **Nonpriority creditor's name and mailing address**

**Medical Assurance of MS**
**404 Westr Parkway Place**
**Ridgeland, MS 39157**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.     **$700.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Software subscription__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.324** **Nonpriority creditor's name and mailing address**

**Dominique Megard**
**42 rue de Lisbonne**
**CALAIS 62100-0000**
**France**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.     **Undetermined**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Software subscription__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.325** **Nonpriority creditor's name and mailing address**

**Memorial Health Care**
**300 N. Columbia Ave**
**Seward, NE 68434**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.     **$600.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Software subscription__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.326** **Nonpriority creditor's name and mailing address**

**Marcio Ronaldo Mendez Riveiro**
**Rua Israel Wolf, 225**
**Bairro Jardim Itu Sabara**
**Porto Alegre, BR_RS 09121-5085**
**Brazil**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.     **Undetermined**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Software subscription__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Raxco Software, Inc.**                                    Case number *(if known)* _____
_____
Name

| 3.327 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Undetermined** |

**Luciano Ricardo Mendonca**
**Rua Cardeal Stepinac, 191 Apto 201**
**Cidade Nova**
**Belo Horizonte, BR_MG 03117-0220**
**Brazil**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Software subscription**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.328 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Undetermined** |

**Milton Messenger**
**2908 Gail Court**
**Newbury Park, CA 91320**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Software subscription**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.329 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Undetermined** |

**Thomas Messimer**
**819 Michaywe Dr**
**Gaylord, MI 49735**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Software subscription**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.330 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Undetermined** |

**Ronald Mets**
**Katschiplaan 172**
**Den Haag 02496-0000**
**Netherlands**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Software subscription**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.331 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Undetermined** |

**Glen Millar**
**154 Eatons Crossing Road**
**Warner, AU_04 04500-0000**
**Australia**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Software subscription**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.332 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Undetermined** |

**Darrell Miller**
**5 Cayanne CT**
**Greer, SC 29651**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Software subscription**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.333 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Undetermined** |

**Allen Millner**
**38 Sullivan Street**
**Alltleboro, MA 02703**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Software subscription**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Raxco Software, Inc.**                                      Case number (*if known*) _____
_____
Name

---

| 3.334 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Undetermined** |

**Nigel Mills**
**13 Brydges Road**
**Marple**
**Stockport SK6 7RA**
**United Kingdom**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Software subscription

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.335 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$918.00** |

**Missouri State Courts Admin.**
**290 Davidson Ave.**
**Somerset, NJ 08873**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Software subscription

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.336 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Undetermined** |

**Stefan Mitschke**
**Hommerstr. 30**
**Trier 54290-0000**
**Germany**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Software subscription

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.337 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Undetermined** |

**Charles Moll**
**3709 SE Velma Drive**
**Bartlesville, OK 74006**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Software subscription

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.338 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,377.00** |

**Monongahela Valley Hosp.**
**1163 Country Club Rd.**
**Monongahela, PA 15063**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Software subscription

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.339 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Monroe Woodbury School Dist.**
**167 Harriman Heights Rd**
**Harriman, NY 10926**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Software subscription

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.340 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Undetermined** |

**Charles Moody**
**1601 May Ln**
**Bartlesville, OK 74006**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Software subscription

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Raxco Software, Inc.**                                    Case number (if known) _____
Name

| | |
|---|---|

**3.341**

**Nonpriority creditor's name and mailing address**                 **As of the petition filing date, the claim is:** Check all that apply.        **Undetermined**

David Moore
10336 Malcolm Circle
APT. K
Cockeysville, MD 21030

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _               **Basis for the claim:**  Software subscription

Last 4 digits of account number _          Is the claim subject to offset? ■ No ☐ Yes

---

**3.342**

**Nonpriority creditor's name and mailing address**                 **As of the petition filing date, the claim is:** Check all that apply.        **Undetermined**

Nick Morgan
8 St Cuthberts Way
Holystone
Newcastle Upon Tyne NE27 0UZ
United Kingdom

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _               **Basis for the claim:**  Software subscription

Last 4 digits of account number _          Is the claim subject to offset? ■ No ☐ Yes

---

**3.343**

**Nonpriority creditor's name and mailing address**                 **As of the petition filing date, the claim is:** Check all that apply.        **Undetermined**

Claudio Moroni
Via di Tor Millina 31
Roma 00186-0000
Italy

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _               **Basis for the claim:**  Software subscription

Last 4 digits of account number _          Is the claim subject to offset? ■ No ☐ Yes

---

**3.344**

**Nonpriority creditor's name and mailing address**                 **As of the petition filing date, the claim is:** Check all that apply.        **$1,813.00**

Morris Hosp. & Heathcare Ctr.
150 W. Hight St.
Morris, IL 60450

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _               **Basis for the claim:**  Software subscription

Last 4 digits of account number _          Is the claim subject to offset? ■ No ☐ Yes

---

**3.345**

**Nonpriority creditor's name and mailing address**                 **As of the petition filing date, the claim is:** Check all that apply.        **Undetermined**

Peter Morris
52 Wellington Road
SANDHURST GU47 9AY
United Kingdom

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _               **Basis for the claim:**  Software subscription

Last 4 digits of account number _          Is the claim subject to offset? ■ No ☐ Yes

---

**3.346**

**Nonpriority creditor's name and mailing address**                 **As of the petition filing date, the claim is:** Check all that apply.        **Undetermined**

Timothy Morris
841 E Grand Ledge Hwy
Grand Ledge, MI 48837

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _               **Basis for the claim:**  Software subscription

Last 4 digits of account number _          Is the claim subject to offset? ■ No ☐ Yes

---

**3.347**

**Nonpriority creditor's name and mailing address**                 **As of the petition filing date, the claim is:** Check all that apply.        **Undetermined**

Robert Morton
8401 Rembrandt Circle
Newark, DE 19702

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _               **Basis for the claim:**  Software subscription

Last 4 digits of account number _          Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Raxco Software, Inc.**
_____
Name

Case number (*if known*) _____

---

| 3.348 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Undetermined** |
|---|---|---|---|

**John Mark Motyer**
**PH7-1305 Ontario Street**
**Burlington, ON L7S 1Y1**
**Canada**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Software subscription

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.349 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Undetermined** |
|---|---|---|---|

**Barry Moyse**
**48 Mulberry Road**
**Rugby CV22 7TD**
**United Kingdom**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Software subscription

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.350 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,165.00** |
|---|---|---|---|

**Mukilteo School Dist**
**9401 Sharon Dr.**
**Everett, WA 98204**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Software subscription

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.351 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Undetermined** |
|---|---|---|---|

**KEVIN MULLEN**
**49 Croft Place**
**Eliburn**
**LIVINGSTON EH54 6RJ**
**United Kingdom**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Software subscription

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.352 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Undetermined** |
|---|---|---|---|

**Stephen Mullen**
**415 Arrowhead Ct**
**Oldsmar, FL 34677**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Software subscription

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.353 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Undetermined** |
|---|---|---|---|

**Hubert Muller**
**Blucherstrasse 6**
**Baar-Ebenhausen 85107-0000**
**Germany**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Software subscription

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.354 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Undetermined** |
|---|---|---|---|

**Keiran Muller**
**204 Vickers Road**
**Townsville, AU_04 04815-0000**
**Australia**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Software subscription

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor __Raxco Software, Inc._____     Case number (if known) _____
Name

| 3.355 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Undetermined** |

3.355 | **Nonpriority creditor's name and mailing address**
**Sandy Murray**
**405, 27475 Twp Rd 380**
**Red Deer County, AB T4S 2B7**
**Canada**

**As of the petition filing date, the claim is:** Check all that apply.          **Undetermined**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Software subscription

Is the claim subject to offset? ☒ No ☐ Yes

---

3.356 | **Nonpriority creditor's name and mailing address**
**Naylor**
**11350 McCormick Rd**
**Hunt Valley, MD 21031**

**As of the petition filing date, the claim is:** Check all that apply.          **$925.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Software subscription

Is the claim subject to offset? ☒ No ☐ Yes

---

3.357 | **Nonpriority creditor's name and mailing address**
**Neil Neil**
**33 Denmore Court Provost Mitchell Circle**
**Aberdeen AB23  8GT**
**United Kingdom**

**As of the petition filing date, the claim is:** Check all that apply.          **Undetermined**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Software subscription

Is the claim subject to offset? ☒ No ☐ Yes

---

3.358 | **Nonpriority creditor's name and mailing address**
**Russell Nelson**
**1305 JOE MORSE DR**
**Copperas Cove, TX 76522**

**As of the petition filing date, the claim is:** Check all that apply.          **Undetermined**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Software subscription

Is the claim subject to offset? ☒ No ☐ Yes

---

3.359 | **Nonpriority creditor's name and mailing address**
**Stephen Nesta**
**3 Giovanni Lane**
**Hilton, NY 14468-9424**

**As of the petition filing date, the claim is:** Check all that apply.          **Undetermined**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Software subscription

Is the claim subject to offset? ☒ No ☐ Yes

---

3.360 | **Nonpriority creditor's name and mailing address**
**Charles Nevius**
**501 Wilshire Blvd**
**Coffeyville, KS 67337-2552**

**As of the petition filing date, the claim is:** Check all that apply.          **Undetermined**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Software subscription

Is the claim subject to offset? ☒ No ☐ Yes

---

3.361 | **Nonpriority creditor's name and mailing address**
**Christopher Ng**
**134 Bellville House**
**2 John Donne Way**
**London SE10 9FW**
**United Kingdom**

**As of the petition filing date, the claim is:** Check all that apply.          **Undetermined**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Software subscription

Is the claim subject to offset? ☒ No ☐ Yes

---

Debtor **Raxco Software, Inc.**                                    Case number (*if known*) _____
_____
Name

| 3.362 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Undetermined** |
|---|---|---|---|

**Anders Nielsen**
**Oestvej 4 B**
**Esboenderup**
**Graested 03230-0000**
**Denmark**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Software subscription**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.363 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Undetermined** |
|---|---|---|---|

**Bernd Nikel**
**Stormstr. 8**
**Hagen 58099-0000**
**Germany**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Software subscription**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.364 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Undetermined** |
|---|---|---|---|

**BORJE NILSSON**
**Vasagatan 5 B**
**Uppsala 75313-0000**
**Sweden**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Software subscription**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.365 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Undetermined** |
|---|---|---|---|

**Eric Norgren**
**659 Bynum Ct**
**Oakley, CA 94561**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Software subscription**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.366 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Undetermined** |
|---|---|---|---|

**Borje Norman**
**Havrevagen 6**
**Norsborg 14568-0000**
**Sweden**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Software subscription**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.367 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$517.00** |
|---|---|---|---|

**North Bay Health**
**1200 B. Gale Wilson Blvd.**
**Fairfield, CA 94533**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Software subscription**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.368 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**North Oaks Medical Center**
**15790 Paul Vega Dr.**
**Hammond, LA 70403**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Software subscription**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Raxco Software, Inc.**                                    Case number (if known) _____
_____
Name

---

| 3.369 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Undetermined** |

**Gregg Norton**
**708 Westview Avenue**
**Anderson, SC 29625**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Software subscription

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.370 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Undetermined** |

**Mark Nosanchuk**
**8885 Riverside Drive East**
**Unit 608**
**Windsor, ON N8S 1G0**
**Canada**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Software subscription

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.371 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Undetermined** |

**John Nystrom**
**2040 Burnstead Drive #20**
**Billings, MT 59101**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Software subscription

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.372 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Undetermined** |

**Rich O'Brien**
**13043 SE 191st Street**
**Renton, WA 98058**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Software subscription

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.373 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Undetermined** |

**Thomas Oatman**
**3321 Pioneer Crossing Dr.**
**Round Rock, TX 78665**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Software subscription

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.374 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Undetermined** |

**Russell Oechsner**
**11418 Henderson Rd**
**Clifton, VA 20124**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Software subscription

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.375 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Undetermined** |

**Uwe Oehler**
**Heiterer Blick 12**
**Neukirchen 09221-0000**
**Germany**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Software subscription

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Raxco Software, Inc.**                                    Case number (*if known*) _____
             Name

| 3.376 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Undetermined** |

**Thor Olson**
**10 Elm Street**
**Terabase Corporation**
**Danvers, MA 01966**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Software subscription**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.377 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,000.00** |

**Onix**
**Old Power Station Shop E**
**C/Nobel and Armstrong Sts**
**Windhoek**
**NAMIBIA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Software subscription**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.378 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Undetermined** |

**Barbara Oram**
**2 Cross Keys 39 High Street**
**SHAFTESBURY**
**Shaftesbury SP7 8JE**
**United Kingdom**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Software subscription**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.379 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Undetermined** |

**Alex Osadzinski**
**3725 Hidden Preserve Dr**
**Hillsborough, NC 27278**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Software subscription**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.380 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$667.00** |

**Oswego Hospital**
**110 W. 6th Street**
**Oswego, NY 13126**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Software subscription**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.381 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Undetermined** |

**Denis Pageau**
**1189, rue du Geai-Bleu**
**Quebec, QC G3J 1X9**
**Canada**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Software subscription**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.382 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Undetermined** |

**James Parker**
**36 Brittney LN**
**Paris, TN 38242**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Software subscription**

Is the claim subject to offset? ■ No ☐ Yes

Debtor   **Raxco Software, Inc.**                                         Case number *(if known)* _____
_____
Name

| 3.383 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Undetermined** |

3.383 | **Nonpriority creditor's name and mailing address**

**Carla Parmentier**
**8624 Saddleman Rd.**
**Peyton, CO 80831**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*                **Undetermined**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Software subscription**

Is the claim subject to offset? ■ No ☐ Yes

---

3.384 | **Nonpriority creditor's name and mailing address**

**Steve Paschal**
**1401 U.S. Hwy 54 Rm. 115**
**Pratt, KS 67124**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*                **Undetermined**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Software subscription**

Is the claim subject to offset? ■ No ☐ Yes

---

3.385 | **Nonpriority creditor's name and mailing address**

**Amit Patel**
**11014 Eagle Rock Dr.**
**Bakersfield, CA 93312**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*                **Undetermined**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Software subscription**

Is the claim subject to offset? ■ No ☐ Yes

---

3.386 | **Nonpriority creditor's name and mailing address**

**Michael Patrick**
**1704 Indian Springs Dr NW**
**Conover, NC 28613-8038**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*                **Undetermined**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Software subscription**

Is the claim subject to offset? ■ No ☐ Yes

---

3.387 | **Nonpriority creditor's name and mailing address**

**Bliss Payne**
**70 Victoria Street**
**Campbellton, NB E3N 1J4**
**Canada**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*                **Undetermined**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Software subscription**

Is the claim subject to offset? ■ No ☐ Yes

---

3.388 | **Nonpriority creditor's name and mailing address**

**Mark Pearce**
**7285 Woodland Creek Lane**
**Lake Worth, FL 33467**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*                **Undetermined**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Software subscription**

Is the claim subject to offset? ■ No ☐ Yes

---

3.389 | **Nonpriority creditor's name and mailing address**

**Valentino Pecaoco**
**41-A Mendoza St.,**
**Brgy. Paltok, San Francisco Del Monte**
**Quezon City 01105-0000**
**Philippines**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*                **Undetermined**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Software subscription**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Raxco Software, Inc.**
Name

Case number *(if known)* _____

---

| 3.390 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Undetermined** |

**Richard Peck**
**2264 State Route 92 Hwy**
**Harding, PA 18643-3063**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** __Software subscription__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.391 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,223.00** |

**Peerless Aerospace Fastener Co.**
**141 Executive Blvd.**
**Farmingdale, NY 11735**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** __Software subscription__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.392 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Undetermined** |

**Daniel Pelissier**
**120 Oakwood Close**
**Red Deer, AB T4P 0C5**
**Canada**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** __Software subscription__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.393 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Undetermined** |

**Thad Pendleton**
**11550 S. Justine St.**
**Chicago, IL 60643-5003**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** __Software subscription__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.394 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,542.00** |

**Penguin Random House UK**
**TBS Limited**
**Colchester Road**
**Colchester, Essex CO7 7DW**
**UNITED KINGDOM**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** __Software subscription__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.395 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Undetermined** |

**Stefan Percy**
**21913 Loyalist Parkway**
**R.R. #2**
**Carrying Place, ON K0K 1L0**
**Canada**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** __Software subscription__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.396 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Undetermined** |

**Luiz Rogero Pereira Rivera**
**Rua Barbedo, 640**
**Apto. 707**
**Porto Alegre, BR_RS 09011-0260**
**Brazil**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** __Software subscription__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Raxco Software, Inc.**
_____
Name

Case number (if known) _____

---

| 3.397 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **Undetermined** |

**Steven Perrine**
**1 YARROW CT**
**PERKASIE, PA 18944-2407**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Software subscription**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.398 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **Undetermined** |

**Jonathan Petrakos**
**9029 Fashion Drive**
**Sacramento, CA 95826**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Software subscription**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.399 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$1,513.00** |

**Phelps Memorial Health Center**
**1215 Tibbals St.**
**Holdredge, NE 68949**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Software subscription**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.400 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **Undetermined** |

**Jerry Phelps**
**7385 Irvin Ave S**
**Cottage Grove, MN 55016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Software subscription**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.401 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **Undetermined** |

**Jeff Phillips**
**6333 E Quail Track Circle**
**SCOTTSDALE, AZ 85266**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Software subscription**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.402 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **Undetermined** |

**Tony Phillips**
**17 Sorrel Close**
**Trowbridge BA14 0XX**
**United Kingdom**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Software subscription**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.403 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$0.00** |

**Pidherney's**
**27323-56 Twp Rd.**
**Blackfalds, AB T0M 0J0**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Software subscription**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor  **Raxco Software, Inc.**                                           Case number (if known) _____
        _____
        Name

| 3.404 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Undetermined** |

**Gustav Pieler**
**Hummelgasse 86**
**/1/2**
**Wien 01130-0000**
**Austria**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Software subscription__

**Last 4 digits of account number** _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.405 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Undetermined** |

**John Pierce**
**8071 nw 10 ct unit i**
**Margate, FL 33063**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Software subscription__

**Last 4 digits of account number** _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.406 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Undetermined** |

**Paul Plak**
**Clos R my van den Abeele 2**
**Soignies 07060-0000**
**Belgium**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Software subscription__

**Last 4 digits of account number** _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.407 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Undetermined** |

**Stuart Plotnick**
**51 Monroe Street**
**Rockville, MD 20850**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Software subscription__

**Last 4 digits of account number** _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.408 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Undetermined** |

**Thomas Podolan**
**608 W Shiawassee Ave**
**Fenton, MI 48430**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Software subscription__

**Last 4 digits of account number** _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.409 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Undetermined** |

**Stephen Pope**
**Flat 7 Copthall House**
**Aldershot GU111SH**
**United Kingdom**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Software subscription__

**Last 4 digits of account number** _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.410 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Undetermined** |

**Kirk Poschman**
**190 Powder Horn Trail**
**San Marcos, TX 78666**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Software subscription__

**Last 4 digits of account number** _

Is the claim subject to offset?  ■ No  ☐ Yes

---

Debtor __**Raxco Software, Inc.**_____     Case number (if known) _____
Name

| | |
|---|---|
| 3.411 | **Nonpriority creditor's name and mailing address** |

**Nonpriority creditor's name and mailing address**
**Bob Powell**
**3917 Old Courthouse Rd**
**Sophia, NC 27350**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: Check all that apply.                    **Undetermined**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Software subscription__

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.412 |

**Nonpriority creditor's name and mailing address**
**Robert Preston**
**67 Ridgepoint Way**
**Sherwood Park, AB T8A 6B3**
**Canada**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: Check all that apply.                    **Undetermined**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Software subscription__

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.413 |

**Nonpriority creditor's name and mailing address**
**Princeton Hospital**
**160 Springhaven Dr.**
**Princeton, WV 24740**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: Check all that apply.                    **$1,050.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Software subscription__

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.414 |

**Nonpriority creditor's name and mailing address**
**Walter Qualls**
**503 Pin Oak St**
**POB 186**
**Calvert, TX 77837**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: Check all that apply.                    **Undetermined**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Software subscription__

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.415 |

**Nonpriority creditor's name and mailing address**
**Queensway Carleton Hospital**
**3045 Baseline Rd**
**Ottawa, ON K2H 8P4**
**CANADA**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: Check all that apply.                    **$6,120.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Software subscription__

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.416 |

**Nonpriority creditor's name and mailing address**
**Dr Michael Raffin**
**216 S Pierce Ave**
**Wheaton, IL 60187**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: Check all that apply.                    **Undetermined**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Software subscription__

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.417 |

**Nonpriority creditor's name and mailing address**
**Milan Ralitsch**
**1113-40 Grandville Ave**
**Hamilton, ON L8E 1J7**
**Canada**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: Check all that apply.                    **Undetermined**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Software subscription__

Is the claim subject to offset? ■ No   ☐ Yes

---

Debtor  **Raxco Software, Inc.**                                    Case number (if known) _____
_____
Name

| | |
|---|---|

**3.418** Nonpriority creditor's name and mailing address

**RBI Corporaion**
**10201 Cedar Ridge Dr.**
**Ashland, VA 23005**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Software subscription**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.419** Nonpriority creditor's name and mailing address

**Redington Fairview Hospital**
**46 Fairview Ave**
**Skowhegan, ME 04976**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.                    **$900.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Software subscription**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.420** Nonpriority creditor's name and mailing address

**Elison Redlien Redlien**
**Trav Expedicion rio Joao Franco 67 casa**
**Sao Goncalo, BR_RJ 02441-5610**
**Brazil**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.                    **Undetermined**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Software subscription**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.421** Nonpriority creditor's name and mailing address

**Edward Redondo**
**2039 Dairy Mart Rd, Unit 10**
**San Diego, CA 92173**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.                    **Undetermined**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Software subscription**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.422** Nonpriority creditor's name and mailing address

**Brian Reece**
**21 Alana Ct**
**Wantirna South, AU_07 03152-0000**
**Australia**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.                    **Undetermined**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Software subscription**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.423** Nonpriority creditor's name and mailing address

**James Reeder**
**6939 E MEDINA AVE**
**MESA, AZ 85209**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.                    **Undetermined**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Software subscription**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.424** Nonpriority creditor's name and mailing address

**William Rehfield**
**1012 158th Place SE**
**Bellevue, WA 98008**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.                    **Undetermined**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Software subscription**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Raxco Software, Inc.**                                      Case number *(if known)* _____
_____
Name

| 3.425 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,284.00** |

3.425 | Nonpriority creditor's name and mailing address
**REI**
**6750 S. 228th St**
**Kent, WA 98032**

As of the petition filing date, the claim is: *Check all that apply.*  **$2,284.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Software subscription

Is the claim subject to offset? ■ No ☐ Yes

---

3.426 | Nonpriority creditor's name and mailing address
**Republic Nat'l Distributing**
**One National Drive**
**Atlanta, GA 30336**

As of the petition filing date, the claim is: *Check all that apply.*  **$500.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Software subscription

Is the claim subject to offset? ■ No ☐ Yes

---

3.427 | Nonpriority creditor's name and mailing address
**Jeremy Ressler**
**10 Saint Johns Road West**
**Littlestown, PA 17340**

As of the petition filing date, the claim is: *Check all that apply.*  **Undetermined**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Software subscription

Is the claim subject to offset? ■ No ☐ Yes

---

3.428 | Nonpriority creditor's name and mailing address
**Cynthia Reusche**
**131 Moffet Rd**
**Lake Bluff, IL 60044**

As of the petition filing date, the claim is: *Check all that apply.*  **Undetermined**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Software subscription

Is the claim subject to offset? ■ No ☐ Yes

---

3.429 | Nonpriority creditor's name and mailing address
**Thomas Reynolds**
**20808 South Acorn Ridge Dr.**
**Frankfort, IL 60423-8140**

As of the petition filing date, the claim is: *Check all that apply.*  **Undetermined**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Software subscription

Is the claim subject to offset? ■ No ☐ Yes

---

3.430 | Nonpriority creditor's name and mailing address
**Herb Rim**
**17328 Ventura Blvd #172**
**Encino, CA 91316**

As of the petition filing date, the claim is: *Check all that apply.*  **Undetermined**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Software subscription

Is the claim subject to offset? ■ No ☐ Yes

---

3.431 | Nonpriority creditor's name and mailing address
**James Rinella**
**278 S. Locust Street**
**Kipa Enterprises**
**Canby, OR 97013**

As of the petition filing date, the claim is: *Check all that apply.*  **Undetermined**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Software subscription

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Raxco Software, Inc.**
Name

Case number (*if known*) _____

---

| 3.432 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Undetermined** |

**Victor Rivera**
**13524 Hoover Ave**
**Apt 1C**
**Jamaica, NY 11435-1491**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Software subscription

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.433 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$568.00** |

**Riverside Transit Agency**
**1825 Third St**
**Riverside, CA 92507**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Software subscription

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.434 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Undetermined** |

**Charles Robbins**
**527 Chicory Street**
**Machesney Park, IL 61115**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Software subscription

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.435 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Undetermined** |

**Scott Robinson**
**16625 Redmond Way Ste M**
**PMB467**
**Redmond, WA 98052**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Software subscription

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.436 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Undetermined** |

**Mark Roden**
**5 Cross Street**
**Port Sunlight**
**Wirral CH62 4UN**
**United Kingdom**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Software subscription

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.437 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Undetermined** |

**Alejandro Rodriguez**
**2338 Hughes ave**
**Bronx, NY 10458**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Software subscription

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.438 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Undetermined** |

**FREDERIC ROESEL**
**3322 WILLOW LN**
**JOPLIN, MO 64801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Software subscription

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor  **Raxco Software, Inc.**                                    Case number (if known) _____
_____
Name

| 3.439 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Undetermined** |
|---|---|---|---|

**Kevin Rogers**
**254 Narragansett Pkwy.**
**Warwick, RI 02888**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:**  **Software subscription**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.440 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Undetermined** |

**Charles Romer**
**17315 Lyric Way Dr**
**Tomball, TX 77377**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:**  **Software subscription**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.441 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Undetermined** |

**JEFFREY P ROSEMAN**
**30 Waterside Plz #6C**
**NY, NY 10010**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:**  **Software subscription**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.442 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Undetermined** |

**Andrew Roy**
**508 S Ridgeway Avenue**
**Champaign, IL 61821**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:**  **Software subscription**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.443 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Undetermined** |

**George Ruch**
**505 Sunland Dr**
**Clovis, NM 88101-4015**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:**  **Software subscription**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.444 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Undetermined** |

**Alain Ruellan**
**4 chemin de g niet**
**saint-quay-portrieux 22410-0000**
**France**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:**  **Software subscription**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.445 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Undetermined** |

**Peter Rutterford**
**7 Cornec Chase**
**Eastwood**
**Leigh-on-Sea SS9 5EW**
**United Kingdom**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:**  **Software subscription**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor  **Raxco Software, Inc.**                                    Case number (*if known*) _____
_____
Name

| | |
|---|---|
| 3.446 | **Nonpriority creditor's name and mailing address** |

**Nonpriority creditor's name and mailing address**
**S&T Enterprises**
**111 S. Cayuga Rd**
**Williamsville, NY 14221**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Software subscription**

Is the claim subject to offset? ■ No ☐ Yes

**$303.00**

---

3.447 **Nonpriority creditor's name and mailing address**
**Hubert Sack**
**Pflugstrasse 34**
**Dusseldorf 40470-0000**
**Germany**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Software subscription**

Is the claim subject to offset? ■ No ☐ Yes

**Undetermined**

---

3.448 **Nonpriority creditor's name and mailing address**
**Salient Corporation**
**203 Colonial Dr.**
**Horseheads, NY 14845**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Software subscription**

Is the claim subject to offset? ■ No ☐ Yes

**$1,055.00**

---

3.449 **Nonpriority creditor's name and mailing address**
**Salina Regional Health Center**
**400 S. Santa Fe Ave.**
**Salina, KS 67401**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Software subscription**

Is the claim subject to offset? ■ No ☐ Yes

**$740.00**

---

3.450 **Nonpriority creditor's name and mailing address**
**Koustav Samaddar**
**587 Winterset Rd**
**Kanata, ON K2T0R1**
**Canada**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Software subscription**

Is the claim subject to offset? ■ No ☐ Yes

**Undetermined**

---

3.451 **Nonpriority creditor's name and mailing address**
**Sampson Regional Med. Ctr.**
**607 Beaman St.**
**Clinton, NC 28328**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Software subscription**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

3.452 **Nonpriority creditor's name and mailing address**
**Leslie Sandler**
**10101 Daphney House Way**
**Rockville, MD 20850**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Software subscription**

Is the claim subject to offset? ■ No ☐ Yes

**Undetermined**

---

Debtor **Raxco Software, Inc.**
_____
Name

Case number *(if known)* _____

| | |
|---|---|
| **3.453** | |

**Nonpriority creditor's name and mailing address**

**Jonathan Satchell**
**3 Barcelona Crescent**
**Wroughton**
**Swindon SN49EE**
**United Kingdom**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*                    **Undetermined**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Software subscription**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.454**

**Nonpriority creditor's name and mailing address**

**Claudio Satriani**
**via venezia 50a**
**genova 16126-0000**
**Italy**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*                    **Undetermined**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Software subscription**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.455**

**Nonpriority creditor's name and mailing address**

**Savills PLC**
**3 London Wall Bldg. 2nd fl.**
**London EC2M 5RL**
**UNITED KINGDOM**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*                    **$1,488.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Software subscription**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.456**

**Nonpriority creditor's name and mailing address**

**John Savory**
**12592 Horado Road**
**San Diego, CA 92128**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*                    **Undetermined**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Software subscription**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.457**

**Nonpriority creditor's name and mailing address**

**Ken Scheidt**
**109 Lucas Lane**
**Midland City, AL 36350**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*                    **Undetermined**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Software subscription**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.458**

**Nonpriority creditor's name and mailing address**

**Ivo Schlosser**
**Allee Du Bois Des Roux 8**
**Grez-Doiceau 01390-0000**
**Belgium**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*                    **Undetermined**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Software subscription**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.459**

**Nonpriority creditor's name and mailing address**

**Kurt Schneiter**
**2200 Classen Blvd. #3123**
**Norman, OK 73071**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*                    **Undetermined**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Software subscription**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Raxco Software, Inc.**                                    Case number (if known) _____
　　　　　　Name

| 3.460 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Undetermined** |
|---|---|---|---|

**Matthew Schroebel**
**3935 Trego Mountain Rd**
**Keedysville, MD 21756**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Software subscription**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.461 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Undetermined** |
|---|---|---|---|

**Harry Schuckel**
**5607 Catoctin Ridge Drive**
**Mount Airy, MD 21771**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Software subscription**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.462 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Undetermined** |
|---|---|---|---|

**Michael Scott**
**655 County Road 2331**
**Como, TX 75431**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Software subscription**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.463 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Undetermined** |
|---|---|---|---|

**Vaclav Sedlacek**
**Sred 235**
**Bulhary 69189-0000**
**Czech Republic**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Software subscription**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.464 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Undetermined** |
|---|---|---|---|

**Alan Sejrbo-Petersen**
**Horsdalsvagen 167**
**Kvidinge 265 72**
**Sweden**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Software subscription**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.465 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Undetermined** |
|---|---|---|---|

**David Sellers**
**49 W Sycamore Ave**
**Arcadia, CA 91006**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Software subscription**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.466 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Undetermined** |
|---|---|---|---|

**Jeffrey Selznick**
**1818 Midsummer Lane**
**Jarrettsville, MD 21084**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Software subscription**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Raxco Software, Inc.**                                        Case number (*if known*) _____
_____
Name

---

| 3.467 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Undetermined** |

**Edward J Seman Jr.**
**134A Charity Dr**
**Park Lane Condos**
**Greensburg, PA 15601**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Software subscription**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.468 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Undetermined** |

**Terence Semple**
**50 Lake St.**
**St. Catharines, ON L2R 5X1**
**Canada**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Software subscription**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.469 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Undetermined** |

**Kevin Shanahan**
**112 MOORE RD**
**DARLINGTON, PA 16115-1704**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Software subscription**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.470 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$438.00** |

**Shenandoah Westminster**
**300 Westminster Canterbury Dr.**
**Winchester, VA 22603**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Software subscription**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.471 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Undetermined** |

**Andrew Shepherd**
**Mayfield, Watermill Lane**
**Beckley**
**Rye TN31 6SH**
**United Kingdom**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Software subscription**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.472 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Undetermined** |

**Ashley Shepherd**
**2 Highwood Close**
**Swindon SN2 2RE**
**United Kingdom**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Software subscription**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.473 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Undetermined** |

**Merrill Shulman**
**363 Niagara Street**
**Winnipeg, MB R3N0V3**
**Canada**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Software subscription**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **Raxco Software, Inc.**
Name

Case number (*if known*) _____

---

| 3.474 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Undetermined** |

Peter Singer
119 - 143 Missenden Road
Camperdown, AU_02 02050-0000
Australia

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Software subscription**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.475 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Undetermined** |

Donald Sitterly
159 N Ridgeland Ave
Oak Park, IL 60302

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Software subscription**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.476 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Undetermined** |

Brent Smith
340 Wesfork Way
Suwanee, GA 30024

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Software subscription**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.477 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Undetermined** |

Michael Smith
1616 Cora Marie Dr
Pflugerville, TX 78660

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Software subscription**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.478 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Undetermined** |

Robert Smith
417 Cecelia Way
Los Altos, CA 94022

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Software subscription**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.479 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Undetermined** |

Tobin Smith
6116 Rosemont Circle
North Bethesda, MD 20852

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Software subscription**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.480 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Undetermined** |

Erik Soethoudt
Rivierstraat
92
Turnhout 02300-0000
Belgium

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Software subscription**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **Raxco Software, Inc.**
_____
Name                                                    Case number (if known) _____

| 3.481 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$375.00** |

**Solutions Unlimited**
**401 E. Kennedy St.**
**Suite B6**
**Spartanburg, SC 29302**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Software subscription**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.482 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Undetermined** |

**Bertin Soucy**
**287 de la Galene**
**Gatineau, QC J8Z 3P5**
**Canada**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Software subscription**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.483 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$875.00** |

**South Side School District**
**4949 State Route 151**
**Hookstown, PA 15050**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Software subscription**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.484 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$133.00** |

**Southwest Medical Center**
**315 W. 15th St.**
**Liberal, KS 67901**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Software subscription**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.485 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Undetermined** |

**Donald Spaide**
**6939 Tree hill Rd**
**Matthews, NC 28104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Software subscription**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.486 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Undetermined** |

**Jonathan Spenser**
**80 Calle Del Medio**
**Sedona, AZ 86336**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Software subscription**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.487 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Undetermined** |

**Jim Sponaugle**
**1214 Smith Street**
**Suite 202**
**Charleston, WV 25301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Software subscription**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Raxco Software, Inc.**
Name

Case number (if known) _____

---

| 3.488 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Undetermined** |

**Chris Spurling**
**8165 Gum St.**
**Houma, LA 70364**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Software subscription** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.489 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,466.00** |

**SS&C Advent**
**9000 Southside Blvd.**
**Suite 7500**
**Jacksonville, FL 32256**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Software subscription** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.490 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Undetermined** |

**Ken Starnes**
**17 Boughey Place**
**Lewes BN7 2EN**
**United Kingdom**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Software subscription** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.491 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$180.00** |

**State of Conn. Judical Branch IT**
**99 E. River Dr. 6th fl.**
**East Hartford, CT, CT 06108**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Software subscription** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.492 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Undetermined** |

**Donna Steiger**
**384 Tunk Creek Rd**
**Riverside, WA 98849**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Software subscription** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.493 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Undetermined** |

**Thomas E Stevenson**
**236 Grey Feather Rd**
**Huntsville, TX 77340**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Software subscription** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.494 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Undetermined** |

**Ian Stirling**
**8 Thetford Gardens**
**Chandlers Ford**
**Eastleigh SO53 4RN**
**United Kingdom**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Software subscription** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Raxco Software, Inc.**                                   Case number (if known) _____
_____
Name

| | |
|---|---|
| 3.495 | **Nonpriority creditor's name and mailing address** |

**Nonpriority creditor's name and mailing address**
**Miroslav Strasik**
**Pribinova 971/28**
**Povazska Bystrica 01701-0000**
**Slovakia**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.                    **Undetermined**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Software subscription__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.496 | **Nonpriority creditor's name and mailing address** |

**Louis Strieber**
**20742 Stone Oak Pkwy, Suite 107**
**San Antonio, TX 78258**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.                    **Undetermined**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Software subscription__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.497 | **Nonpriority creditor's name and mailing address** |

**Alexandra Struijk**
**Berkenlaan 40**
**Kapellen 02950-0000**
**Belgium**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.                    **Undetermined**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Software subscription__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.498 | **Nonpriority creditor's name and mailing address** |

**Richard Talkington**
**581 Racquet Club Ln**
**Thousand Oaks, CA 91360**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.                    **Undetermined**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Software subscription__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.499 | **Nonpriority creditor's name and mailing address** |

**Oliver Tan**
**5-3576 SE Marine Dr.**
**Vancouver, BC V5S4R3**
**Canada**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.                    **Undetermined**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Software subscription__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.500 | **Nonpriority creditor's name and mailing address** |

**Michael Tani**
**17615 Ainsworth Ave.**
**Torrance, CA 90504**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.                    **Undetermined**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Software subscription__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.501 | **Nonpriority creditor's name and mailing address** |

**Wade Taylor**
**5894 Bridgetown Ct**
**Burke, VA 22015-2811**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.                    **Undetermined**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Software subscription__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Raxco Software, Inc.**
_____
Name

Case number (if known) _____

| | | |
|---|---|---|
| 3.502 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,000.00** |

**TechSoup Global**
**435 Brannan St.**
**Suite 100**
**San Francisco, CA 94107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Software subscription__

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.503 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$6,509.00** |

**Tegria**
**711 S. Cowley**
**Spokane, WA 99202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Software subscription__

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.504 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,803.00** |

**The Watson Institute**
**301 Camp Meeting Rd**
**Sewickley, PA 15143**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Software subscription__

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.505 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Undetermined** |

**Guy Thibert**
**741-1 Ishida, Isehara-shi, Apt. 504**
**, JP_14 259-1116**
**Japan**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Software subscription__

Is the claim subject to offset? ☐ No ☐ Yes

---

| | | |
|---|---|---|
| 3.506 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Undetermined** |

**Guy Thibert**
**635-8 Ishida**
**Isehara 259-1116**
**Japan**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Software subscription__

Is the claim subject to offset? ☐ No ☐ Yes

---

| | | |
|---|---|---|
| 3.507 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Undetermined** |

**Harold Thiele**
**PO Box 55**
**Heiskell, TN 37754**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Software subscription__

Is the claim subject to offset? ☐ No ☐ Yes

---

| | | |
|---|---|---|
| 3.508 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Undetermined** |

**Marie Thiers**
**Oppeby Gard 65, lgh 1101**
**Nykoping 61155-0000**
**Sweden**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Software subscription__

Is the claim subject to offset? ■ No ☐ Yes

Debtor **Raxco Software, Inc.**
Name

Case number *(if known)* _____

---

3.509 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Undetermined**

**KOSHY THOMAS**
**40 MICHELANGELO LANE**
**HAMILTON, ON L9B0C2**
**Canada**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** **Software subscription**

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

3.510 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Undetermined**

**Ray Thomas**
**380 Gibb Street**
**Oshawa, ON L1J1Z3**
**Canada**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** **Software subscription**

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

3.511 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Undetermined**

**Markus Thomi**
**Palmstrasse 1**
**Winterthur 08400-0000**
**Switzerland**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** **Software subscription**

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

3.512 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Undetermined**

**Karsten Thuener**
**Saarlandstr. 29**
**Herne 44651-0000**
**Germany**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** **Software subscription**

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

3.513 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Undetermined**

**Christopher Todd**
**31035 Beachwalk Dr Apt 803**
**Novi, MI 48377-1420**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** **Software subscription**

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

3.514 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Undetermined**

**Samuel Tof**
**21 Windsor Drive**
**Lysterfield, AU_07 03156-0000**
**Australia**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** **Software subscription**

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

3.515 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Undetermined**

**Greg Tomko**
**1217 Village Road**
**Mount Pleasant, PA 15666**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** **Software subscription**

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Raxco Software, Inc.**
_____
Name                                                    Case number (if known) _____

| 3.516 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Undetermined** |
|---|---|---|---|

**Jan Toof**
**2006 Manchester Road**
**Wheaton, IL 60187-4567**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Software subscription

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.517 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Undetermined** |
|---|---|---|---|

**Steven Torontali**
**3889 Wiltshire Rd.**
**Moreland Hills, OH 44022**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Software subscription

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.518 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Undetermined** |
|---|---|---|---|

**Bennett Torre**
**249 Pine Hill Road**
**Falls, PA 18615**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Software subscription

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.519 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,000.00** |
|---|---|---|---|

**Travel Centers of America**
**24601 Center Ridge Rd.**
**Ste. 200**
**Westlake, OH 44145**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Software subscription

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.520 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Undetermined** |
|---|---|---|---|

**Francois Trotto**
**3 LA VALETTE**
**Chateauneuf la foret 87130-0000**
**France**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Software subscription

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.521 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Turnkey Distribution Systems**
**2 Centennial Dr/**
**Suite 220A**
**Peabody, MA 01960**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Software subscription

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.522 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Undetermined** |
|---|---|---|---|

**Steve Tuttle**
**2445 SE Cuvier Street**
**Tecumseh, KS 66542**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Software subscription

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Raxco Software, Inc.**                                              Case number (if known) _____

         _____
         Name

| | |
|---|---|

**3.523** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,493.00**

**Tweaking Technologies Pvt. Ltd.**
**IT-A-016A + 016BG, IT/ITes**
**Kalwara, Jaipur, 302039**
**INDIA**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Royalties**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.524** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,400.00**

**US District Court of DC**
**333 Constitution Ave. NW**
**Washington, DC 20001**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Software subscription**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.525** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,810.00**

**Valero**
**1 Valero Way**
**San Antonio, TX 78249**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Software subscription**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.526** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Undetermined**

**Alexandru Vasile**
**309 Pennsylvania Ave. W, Apt. 13**
**Warren, PA 16365-2477**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Software subscription**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.527** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Undetermined**

**Alexander Vasquez**
**6204 Creekview Ln N**
**Brooklyn Park, MN 55443-2370**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Software subscription**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.528** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Undetermined**

**James Venneberg**
**515 Fence Rd**
**Greer, SC 29651**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Software subscription**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.529** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,960.00**

**Vermeer Midwest**
**2801 Beverly Dr.**
**Aurora, IL 60502**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Software subscription**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Raxco Software, Inc.**                                     Case number (if known) _____
        _____
        Name

| 3.530 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Undetermined** |
|---|---|---|---|

**Michael Vesper**
**2304 / 1 Nield Avenue**
**Greenwich, AU_02 02065-0000**
**Australia**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __Software subscription__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.531 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Undetermined** |
|---|---|---|---|

**Alessandro Viacava**
**Via Paleocapa 23/12A**
**Genova 16135-0000**
**Italy**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __Software subscription__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.532 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Undetermined** |
|---|---|---|---|

**Giorgio Villa**
**Largo Orbassano 79**
**Torino 10136-0000**
**Italy**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __Software subscription__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.533 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$350.00** |
|---|---|---|---|

**Village of Pinehurst**
**700 McCaskill Rd. E.**
**Pinehurst, NC 28374**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __Software subscription__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.534 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Undetermined** |
|---|---|---|---|

**Frank Vineyard**
**2385 Coachman Drive**
**Roanoke, VA 24012**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __Software subscription__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.535 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3,738.00** |
|---|---|---|---|

**Vishay Int'l**
**63 Lancaster Ave.**
**Malvern, PA 19355**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __Software subscription__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.536 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Undetermined** |
|---|---|---|---|

**David Volle**
**425 E Lincoln Ave**
**Glendale Heights, IL 60139**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __Software subscription__

Is the claim subject to offset? ■ No ☐ Yes

Debtor  **Raxco Software, Inc.**
_____
Name

Case number (if known) _____

---

| 3.537 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Undetermined** |

**Bert Vorstenbosch**
**Wezenlaan 155**
**Nijmegen 6531MN**
**Netherlands**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Software subscription

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.538 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Undetermined** |

**Jeffrey Waddell**
**9 rue Portal Donateurs**
**Laroque des Alb res 66740-0000**
**France**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Software subscription

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.539 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Undetermined** |

**Peter Walfridsson**
**Box 213**
**Vaderstad 590 21**
**Sweden**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Software subscription

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.540 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Undetermined** |

**James Walgate**
**A I Walgate & Son**
**Hall Farm**
**Market Rasen LN7 6DB**
**United Kingdom**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Software subscription

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.541 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$100.00** |

**Walker IT Group**
**PO Box 7631**
**Newark, DE 19714**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Software subscription

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.542 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Undetermined** |

**Eric Walker**
**12 Orchard Brae**
**Kirriemuir**
**Kirriemuir DD8 4JY**
**United Kingdom**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Software subscription

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.543 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Undetermined** |

**Len Waller**
**27 Aspen Way**
**Arundel, AU_04 04214-0000**
**Australia**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Software subscription

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Raxco Software, Inc.**                                        Case number *(if known)* _____
_____
Name

| | |
|---|---|

**3.544** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,000.00**

**Walthers**
**5601 W. Florist Ave**
**Milwaukee, WI 53218**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  __Software subscription__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.545** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$225.00**

**Westlake City School Dist.**
**24365 Hilliard Blvd.**
**Westlake, OH 44145**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  __Software subscription__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.546** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Undetermined**

**Tim Wetzel**
**818 Dunbar Road**
**Carlisle, PA 17013**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  __Software subscription__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.547** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Undetermined**

**Frank White III**
**308 Alfandre Mews**
**Gaithersburg, MD 20878**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  __Software subscription__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.548** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Undetermined**

**Kevin White**
**7003 Carrick Ct.**
**Dublin, OH 43017**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  __Software subscription__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.549** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Undetermined**

**Roland Wieloch**
**Hagisstr. 32**
**Herrenberg 71083-0000**
**Germany**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  __Software subscription__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.550** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Undetermined**

**Gregory Wille**
**99 Hickory Road**
**Attleboro, MA 02703**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  __Software subscription__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Raxco Software, Inc.**
Name

Case number (*if known*) _____

---

| 3.551 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Undetermined** |

**Arie Willenbrecht**
**784 Lilac Dr**
**Windsor, CO 80550**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:**  **Software subscription**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.552 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Undetermined** |

**George C . Williams, III**
**1050 Lakeview Street**
**Madison, GA 30650-2010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:**  **Software subscription**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.553 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Undetermined** |

**Peter Williams**
**5 Kingsfold Close**
**Billingshurst RH14 9HG**
**United Kingdom**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:**  **Software subscription**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.554 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Undetermined** |

**Tom Williams**
**10280 Gateway Pl**
**Apt 328**
**Cincinnati, OH 45242**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:**  **Software subscription**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.555 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Undetermined** |

**Jeff Willis**
**2550 N Hollywood Way**
**Suite 404**
**Burbank, CA 91505**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:**  **Software subscription**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.556 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Undetermined** |

**Fred Wilten**
**37 Cobble Lane**
**Basking Ridge, NJ 07920**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:**  **Software subscription**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.557 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Undetermined** |

**Howard Winkler**
**13643 SE  89th  Court**
**Summerfield, FL 34491**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:**  **Software subscription**

Is the claim subject to offset? ☒ No ☐ Yes

---

Debtor  **Raxco Software, Inc.**
Name

Case number (if known) _____

---

| 3.558 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Undetermined** |
|---|---|---|---|

**David Witcher**
**29 Kell Lane**
**Stump Cross**
**Halifax HX3 7AY**
**United Kingdom**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _Software subscription_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.559 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Undetermined** |
|---|---|---|---|

**Alejandro Wohlers**
**Suipacha 1111 - Piso 32**
**CABA 01008-0000**
**Argentina**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _Software subscription_

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.560 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Undetermined** |
|---|---|---|---|

**Andy Wolford**
**3111 Fairview Drive**
**PO Box 1389**
**Owensboro, KY 42302-1389**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _Software subscription_

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.561 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Undetermined** |
|---|---|---|---|

**Ting Sern Wong**
**35, Ripley Crescent**
**Singapore 00055-6213**
**Singapore**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _Software subscription_

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.562 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Undetermined** |
|---|---|---|---|

**John Woods**
**1869 Camino a los Cerros**
**Menlo Park, CA 94025**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _Software subscription_

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.563 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$102.00** |
|---|---|---|---|

**Workers Health & Safety Centre**
**675 Cochrane Dr**
**Suite 710 East Tower**
**Markham, ON L3R 0B8**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _Software subscription_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.564 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Undetermined** |
|---|---|---|---|

**William Wright**
**2285 Wheatgrass Rd**
**American Falls, ID 83211**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _Software subscription_

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Raxco Software, Inc.**                                              Case number (if known) _____
         Name

| | |
|---|---|
| 3.565 | **Nonpriority creditor's name and mailing address** |

**3.565**

**Nonpriority creditor's name and mailing address**

**Victor Zablit**
**56531 Lake Park Way #5**
**La Mesa, CA 91942**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: Check all that apply.                    <u>**Undetermined**</u>
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** <u>Software subscription</u>

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.566**

**Nonpriority creditor's name and mailing address**

**Hans Zanner**
**Fischer v. Erlachstr. 28**
**Salzburg 05020-0000**
**Austria**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: Check all that apply.                    <u>**Undetermined**</u>
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** <u>Software subscription</u>

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.567**

**Nonpriority creditor's name and mailing address**

**Joseph Zubrzycki**
**1015 Oakwood Ave**
**Blackwood, NJ 08012**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: Check all that apply.                    <u>**Undetermined**</u>
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** <u>Software subscription</u>

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.568**

**Nonpriority creditor's name and mailing address**

**Martin Zwahlen**
**Hauptstrasse 21**
**Steinach 09323-0000**
**Switzerland**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: Check all that apply.                    <u>**Undetermined**</u>
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** <u>Software subscription</u>

Is the claim subject to offset? ■ No  ☐ Yes

---

**Part 3:**   **List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| | | |

**Part 4:**   **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | **0.00** |
| **5b. Total claims from Part 2** | 5b. + | $ | **111,304.00** |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | **111,304.00** |

Fill in this information to identify the case:

Debtor name **Raxco Software, Inc.**

United States Bankruptcy Court for the: DISTRICT OF MARYLAND

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases 12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contacts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1 State what the contract or lease is for and the nature of the debtor's interest — Software, support and services | |
| State the term remaining — Various | Almost all of the Debtor's creditors are parties that have purchased software licenses and/or subscriptions from the Debtor, effective for various terms. See Schedule F. |
| List the contract number of any government contract | |
| 2.2 State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| 2.3 State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| 2.4 State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |

**Fill in this information to identify the case:**

Debtor name **Raxco Software, Inc.**

United States Bankruptcy Court for the: DISTRICT OF MARYLAND

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

**12/15**

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**   *Column 2:* **Creditor**

| | Name | Mailing Address | | Name | Check all schedules that apply: |
|---|---|---|---|---|---|
| 2.1 | _____ | Street _____ | | _____ | ☐ D ☐ E/F ☐ G |
| | | City    State    Zip Code | | | |
| 2.2 | _____ | Street _____ | | _____ | ☐ D ☐ E/F ☐ G |
| | | City    State    Zip Code | | | |
| 2.3 | _____ | Street _____ | | _____ | ☐ D ☐ E/F ☐ G |
| | | City    State    Zip Code | | | |
| 2.4 | _____ | Street _____ | | _____ | ☐ D ☐ E/F ☐ G |
| | | City    State    Zip Code | | | |

| Fill in this information to identify the case: |
| --- |

Debtor name __**Raxco Software, Inc.**__

United States Bankruptcy Court for the: __DISTRICT OF MARYLAND__

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          **04/22**

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:**  **Income**

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
   | --- | --- | --- |
   | **From the beginning of the fiscal year to filing date:** From  **1/01/2024** to **Filing Date** | ☐ Operating a business ■ Other **Software sales/subscriptions** | **$47,102.23** |
   | **For prior year:** From  **1/01/2023** to **12/31/2023** | ☐ Operating a business ■ Other **Software sales/subscriptions** | **$350,422.00** |
   | **For year before that:** From  **1/01/2022** to **12/31/2022** | ☐ Operating a business ■ Other **Software sales/subscriptions** | **$432,904.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
   | --- | --- |

**Part 2:**  **List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ■ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
   | --- | --- | --- | --- |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed

Debtor  **Raxco Software, Inc.**  Case number *(if known)* _____

or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.  **Robert E. Nolan**  **President** | **Various** | **$13,627.18** | **Reimbursement of business expenses** |

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

### Part 3:    Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

■ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

### Part 4:    Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

### Part 5:    Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

Debtor    **Raxco Software, Inc.**                                      Case number *(if known)*

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

---

## Part 6:  Certain Payments or Transfers

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **David E. Lynn, P.C.**<br>**15245 Shady Grove Road,**<br>**Suite 465 N**<br>**Rockville, MD 20850** | **Attorney Fees and costs** | **2/27/24** | **$4,850.00** |
| | **Email or website address**<br>**davidlynn@verizon.net** | | | |
| | **Who made the payment, if not debtor?**<br>**[Debtor]** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

## Part 7:  Previous Locations

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy<br>From-To |
|---|---|---|
| 14.1. | **6 Montgomery Village Avenue, Ste. 500**<br>**Gaithersburg, MD 20879** | **1996 - Dec. 2017** |

## Part 8:  Health Care Bankruptcies

| Debtor | Raxco Software, Inc. | Case number *(if known)* | |
|---|---|---|---|

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9: Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
☑ Yes. Does the debtor serve as plan administrator?

    ☐ No Go to Part 10.
    ☑ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| Raxco 401(k) plan | EIN: 52-2287518 |

Has the plan been terminated?
☐ No
☑ Yes

## Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

Debtor    **Raxco Software, Inc.**                                     Case number *(if known)*

---

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

---

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

---

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
□ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
□ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
□ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

---

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|

---

Debtor    Raxco Software, Inc.                                    Case number *(if known)*

---

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.    **Baker Tilley**<br>**11750 Katy Fwy., #1100**<br>**Houston, TX 77079** | **Tax return preparation only, for more than 10 years** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.    **Timothy J. Larkin**<br>**4830 Broom Drive**<br>**Olney, MD 20832** | **Records are maintained elecronically in QuickBooks, and backed up to a server. None are known to be missing.** |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| Name and address |
|---|
| |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | |

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Robert E. Nolan** | **15312 Kwanzan Court**<br>**N. Potomac, MD 20878** | **President / CEO** | **56%** |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☑ No

☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

Debtor  __Raxco Software, Inc.__                    Case number *(if known)* _____

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | Robert E. Nolan<br>15312 Kwanzan Court<br>N. Potomac, MD 20878 | $109,798.56, wages<br>$13,627.18, reimbursement of business expenses | Periodic (wages) / Various (bus. exp. reimbursement) | Services rendered & reimbursement of expenses |
| | Relationship to debtor<br>President / CEO | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☐ No
■ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| Raxco 401(k) plan | EIN:    52-2287518 |

---

**Part 14:   Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    __March 28, 2024__

__/s/ Robert E. Nolan__                              __Robert E. Nolan__
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    __President__

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
■ No
☐ Yes

# United States Bankruptcy Court
### District of Maryland

In re    **Raxco Software, Inc.**                                               Case No. _____
                                    Debtor(s)              Chapter    **7** _____

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **March 28, 2024**                    **/s/ Robert E. Nolan**
                                               **Robert E. Nolan**/**President**
                                               Signer/Title

AAA Northampton County
3914 Hecktown Rd
Easton, PA 18042


Jay Abel
7 Alice Street
Truro, NS B2N 2M4
Canada


Calin Achim
Str. Vanatorilor, Nr. 28A
Alba Iulia 00051-0070
Romania


Michael Adams
111 Mansfield Ave
Shelby, OH 44875


ADM-Wild
Rudolph-Wild Str 107-115
Eppelstein/Heideelberg D-69214
GERMANY


Anssi Ahonen
Kotkansiivenkatu 3 A 6
Tampere 33720-0000
Finland


Parks Allen
4424 34th Ave S
Seattle, WA 98118


Alsco
175 S. Temple
Suite 510
Salt Lake City, UT 84101

Albert Alyta
13 ARCHIBALD STREET LYNEHAM
CANBERRA, AU_01 02602-0000
Australia


Edwin Ambing
4715 Executive Dr #G409
San Diego, CA 92037


AME Africa Healthcare Pty
8 Caefron Ave
Westville, KwaZulu-Natal 3629
Durban
SOUTH AFRICA


Jeff Amiot
5475 Cheyenne Rd.
PO Box 1010
Indian Hills, CO 80454


Jon Amsler
18117 Ivy Lane
Olney, MD 20832


Jan Andersen
Frands S rensens Vej 4
Kolding 06000-0000
Denmark


Richard Andersen
Elledevej 15, 9
Kalundborg DK-4400
Denmark


David Anderson
22575 Highway 9
Boulder Creek, CA 95006

Kenneth Anderson
1181 CR 2117
Douglassville, TX 75560


John Andrews
85 Nile St
ORANGE, AU_02 02800-0000
Australia


Androscoggin Valley Hospital
59 Page Hill Rd
Berlin, NH 03570


Apex Oil
8235 Forsyth Blvd.
Suite 400
St. Louis, MO 63105


Carmelo Aquilina
250 Flood Street
LEICHHARDT, AU_02 02040-0000
Australia


Robert Archell
1760 Storrington St
Pickering, ON L1V 2Y1
Canada


Dennis Ardigo
14731 Barletta Way
Delray Beach, FL 33446


David Arey Jr.
1908 Northampton Ave
Northampton, PA 18067

David Arlan
36 Corbridge Road
Childwall
Liverpool L16 7QW
United Kingdom


Robert Ashman
23 Wyrallah Street
Lakes Entrance, AU_07 03909-0000
Australia


Doug Ashton
490 Mapleleaf Drive #E
Cincinnati, OH 45255


Anthony Ayala
PO Box 304
Central City, NE 68826


Hartvig  Bache-Wiig
Gammel-lina 71
Trondheim 07028-0000
Norway


Roger Bagwell
12715 Madison Ct
Thornton, CO 80241


John Bailey
Asbroekstraat 30
Zoutleeuw 03440-0000
Belgium


Marcus Bailey
3028 West Sussex Ct.
West Valley City, UT 84119

Richard J Ballard
3664 Castleman Ave
Saint Louis, MO 63110-3702


Brian Barletta
420 Mountain Rd.
Cheshire, CT 06410


Stephane Barrois
5 rue des vignoles
Paris 75020-0000
France


Edgar Barth
Grabenstr. 18
Monsheim 67590-0000
Germany


Bartlett Regional Hospital
3260 Hospital Dr.
Juneau, AK 99801


Andrew Bartlett
7 Pondwick Road
harpenden al5 2hg
United Kingdom


Frank Beck
16 Puschell Lane
North East, MD 21901


Jack Becker
4145 S Lake Dr
Apt 43
Saint Francis, WI 53235


Beckstrom Electric
55 Essex Square
Sterling, VA 20164

Stephen Behun
5 Red Rock Road # 7 Bx 177
Nipigon, ON P0T 2J0
Canada


Mike Belski
1530 Sun City Blvd #120-226
PMB 226
Georgetown, TX 78633-5350


Yannick Besson
21 rue basse
Mauze sur le Mignon 79210-0000
France


John Billingham
49 Red Hall Drive
Newcastle upon Tyne ne7 7lj
United Kingdom


Byron Blood
6615 Lake Shore Dr S Apt 809
Richfield, MN 55423


Thomas Blumenthal
Grundelbachstrasse 2/3
Weinheim 69469-0000
Germany


Gerd Boh
Edwin-Scharff-Ring 72
Hamburg 22309-0000
Germany


Bossier FCU
1961 Airline Dr.
Bossier City, LA 71112

Gisele Boudreau
1270 3E Rang De Simpson
Saint-Cyrille-De-Wendover, QC J1Z 1Y4
Canada


Allen Bowling
Calle San Clemente 513
Pisco 11601-0000
Peru


Larry Brewer
1198 Jefferson St #303
San Leandro, CA 94577


Carl Brinkley
15278 SW 104th Street
Apt. 5-26
Miami, FL 33196


Gary Brown
4 Kallaroo St
Mosman
Sydney, AU_02 02088-0000
Australia


Bryan Medical Center
1600 S. 48th St
Lincoln, NE 68506


Steve Buckland
1607 F St
Napa, CA 94559


Steve Burt
1390 N. Main St.
# 3722
Euless, TX 76039

Kenneth A Cain
109 - 3 Washington Cres
Elliot Lake, ON P5A 2X1
Canada


Ian Campbell
19 Cimarron Estates Way
Okotoks, AB T1S2P3
Canada


ROBERTO LAZARO Campos Jr.
RUA MAJOR QUEDINHO 224 AP 1902 B
CENTRO
SAO PAULO, BR_SP 00105-0030
Brazil


Fredric Capus
1910 W Lakeview Blvd
North Fort Myers, FL 33903


ANTONIO CARACOCI
Rua Vilhena Morais 100 Bloco 3 Apt 206
Rio de Janeiro, BR_RJ 22793-0000
Brazil


Care New England
111 Brewster St.
Pawtucket, RI 02860


William Carlson
1616 Copperstone Road
Harrisburg, PA 17111


Richard Carpenter
19 Devon Wood
San Antonio, TX 78257

David Carr
57 Crossfield Park
Windy Nook
Gateshead NE10 9SA
United Kingdom


Michael Carr
2 St Andrews Dr
Queensbury, NY 12804


CCS
Votarova 2500/20a
Prague 180 00
CZECHIA


CDL
Strata House Kings Reach Rd
Stockport SK4 2HD
UNITED KINGDOM


Robert Cermak
1209 Church St
Ambridge, PA 15003


Jimmy Chancey
1703 N Byron Rd
Wichita, KS 67212


Andrew Charles
156 Dominion Road
Glenfield
Leicester LE3 8JA
United Kingdom


Kenneth Charley
3800 Bayshore Blvd   spc 25
brisbane, CA 94005

Charles Chedel
Eggfluhstrasse 25
Reinach BL 04153-0000
Switzerland


Matthew Chernek
113 Angell St
Bakersfield, CA 93309-1906


John Cheung
PARK ISLAND
MA WAN, N.T.
Hong Kong


Richa Christman
3605 Cardinal Ridge Drive
Greensboro, NC 27410


James Christoff
39 White Rd
Ballston Spa, NY 12020


Przemyslaw Chruscinski
Rosenstrasse 6
Erlensee 63526-0000
Germany


Bertrand Chung Chai Tsang
17, Charles de Gaulle street
Rose Hill
Mauritius


Stephen Clark
3625 E. Gandy Rd
Bartow, FL 33830

Jeff Clarke
6 Larch Close, Ruskington
Ruskington
Sleaford NG34 9GB
United Kingdom


Glenn Claudi-Magnussen
2631 Blossom Street
Simi Valley, CA 93063


Clear Mountain Bank
PO Box 205
Bruceton Mills, WV 26525


John Clevenger
1002 Seneca Falls Dr
Orlando, FL 32828


Gerald Clusen
E9638 Countryview Lane
New London, WI 54961-8952


Stephen Coe
22 Hockney Avenue
Barton Seagrave
Kettering NN155UF
United Kingdom


Cohen Pollack Turner PC
3350 Riverwood Pkwy
Suite 1600
Atlanta, GA 30339


David Cohen
1511 SW Park Ave
#301
Portland,, OR 97201-7802

William Coleman
6 Sycamore Drive
Topsham, ME 04086


Rosendo Collazo
9850 SW 7th Ter.
Miami, FL 33174


William Collins
1291 N Lucille Street Apt 1
Wasilla, AK 99654


Antonio Giovanni Colombo
Via Cairoli
13 B
Varese 21100-0000
Italy


Ken Colucci
PO Box 384273
Waikoloa, HI 96738


Compagnie Miniere IOC
1 rue Retty
Sept-Iles, QC G4R 3C7
CANADA


James Cook
8380 Greensboro Drive
Suite 1014
McLean, VA 22102


John Cooley
1652 S Willow Oak Ct
Wichita, KS 67230

John Cooper
7 Jerome Road
Larkfield
Aylesford ME206UR
United Kingdom


Cornerstone Medical
500 Vonderberg Dr
Brandon, FL 33511


Wade Cornett
507 November St
Garner, NC 27529-4936


Henk Corvers
Sint Geertruikerkhof
31
's-Hertogenbosch 5211ST
Netherlands


Arnaud Coudroy
32 Route du Pout
LOUPES 33370-0000
France


Y.Besson Court-Jus
21 rue basse
Mauz  sur le Mignon 79210-0000
France


Larry Covington
4001 Brady St
PO Box 1656
Davenport, IA 52809


Stephen Cox
99 Clearwater Road
Newton, MA 02462

Marc Crane
508 Garcia Dr
Hemet, CA 92545


James Crawford
920 Wilcox Ave Unit 202
Los Angeles, CA 90038


Scott Crawford
245 William Street
Bensenville, IL 60106


Tania Crawford
3848 NW 91st St.
Redmond, OR 97756


Craig Crevola
505/15 Queens Rd
Melbourne, AU_07 03004-0000
Australia


Crivello Carlson
710 N. Plankinton St
Suite 500
Milwaukee, WI 53203


Ted Crow
17682 Freymuth Road
Wapakoneta, OH 45895


Bela Czinege
Szoreny 5-7
Budapest 01087-0000
Hungary


D.F. Pray
25 Anthony St.
Seekonk, MA 02771

Mikael Dahla
Gurkvagen 11
Eker 178 90
Sweden


Michael Davey
2 Sycamore Avenue
Richmond  North Yorkshire DL104BN
United Kingdom


Chance Davis
4975 E Butler Ave #153
Fresno, CA 93727


Jim Davis
13 Missoula Park
ofallon, MO 63366


Daxtech
206-611 Brookside Rd
Victoria, BC V9C 0C3
CANADA


Charles Day
349 Alta Vista Dr.
Bozeman, MT 59715


Gary Day
449 S Perry St
Titusville, PA 16354


DCH Health System
809 University Blvd E.
Tuscaloosa, AL 35401

Katrin De Belder
Dynamicalaan
15
Wilrijk 02610-0000
Belgium


Paul Deheuvels
7 avenue du Chateau
bourg-la-reine 92340-0000
France


Robert DeLaney
4816 Easthill Dr
Roanoke, VA 24018


Denny's
203 E. Main St.
Spartanburg, SC 29319


Dept of Energy-ORCC
200 Administration Rd
Oak Ridge, TN 37830


Thierry Desselas
24 Rue Victorien Sardou
BRIVE LA GAILLARDE 19100-0000
France


Douglas Detling
363 Fargo St.
Eagle Point, OR 97524


David Dingman
509 Aztec Dr
Robinson, Tx., TX 76706


Do-it Corporation
1201 Blue Star Hwy.
South Haven, MI 49090

Doctors Hospital
Carr. #2 KM. 47.7
Manati, PR 00674


John Dominique
1-24424 TWP rd 542
Sturgeon County, AB T8T1L3
Canada


Oliver Donan
27514 Elmbridge Drive
Rancho Palos Verdes, CA 90275-3927


Robert Duncan
28 Powerhouse Road
Schaghticoke, NY 12154


Daniel Dunkle
248 3rd St. #709
Oakland, CA 94607


DXC UK NHS
1 Diamond Ct
Milton Keynes MK15 0DU
UNITED KINGDOM


John Dye
2725 E Mine Creek Rd
Unit 1005
Phoenix, AZ 85024


Dyson Industries
Baslow Rd.
Sheffield S10 3GB
UNITED KINGDOM

Isaiah Eatman
824 W MARTIN LUTHER KING JR BLVD
Apt 824 1/2
Los Angeles, CA 90037


Robert Eckert
70 Burlington Street
Lexington, MA 02420


Stefan Eckl
Leimitzer Str. 93
Hof 95028-0000
Germany


Bruce Edwards
1821 NW 201st ST
Shoreline, WA 98177


Lamar Edwards
129 Southfield Park
Dixie Inn, LA 71055


Abdul Wahed El Gariani
11 rue de Pymont
Beauvechain 01320-0000
Belgium


David Elfleet
208 Marsdale
Hull HU7 4AQ
United Kingdom


Harry Elgert
B rgermeister-Langstrasse 34a
Pfungstadt 64319-0000
Germany

Tom Ennis
862 Camellia Lane
Wayland, MI 49348


Rafael Espinosa
Quetzalcotal 64 Depto D2
Col. Tlaxpana
Mexico DF 11370-0000
Mexico


Paulo Fachim
Rua Zacarias Gomes de Souza
Curitiba, BR_PR 08155-0390
Brazil


Peter Fairchild
Chemin du Signal 7
Saint Prex 01162-0000
Switzerland


Javier Fanjul
Avda. de Galicia 39 F, 2 , izda.
Oviedo 33005-0000
Spain


Farwest Technologies
270 Daimler St.
Santa Ana, CA 92705


Daniel Fassler
K fertalerstrasse
133
Mannheim 68167-0000
Germany


FHN Memorial Hospital
101 W. Stephenson St
Freeport, IL 61032

Michael Finnegan
1 Hilltop Road
Kennett Square, PA 19348


Five Steins
108-112 Avenue de la Liberte'
Maison-Alfort 94700-0000
FRANCE


David Flynn
4 Palmerstown Court
Palmerstown
Dublin 20, IE_07 D20PA43
Ireland


Conny Fogelqvist
Annestorpsv gen 71
Lindome 43733-0000
Sweden


Frank Fontana
1507 Arnhem St.
Ottawa, ON K2C 1T9
Canada


William Fontana
527 CUMBERLAND ROAD
Fredericksburg, VA 22405


Fort Scott Community College
2108 S. Horton
Fort Scott, KS 66701


Daniel Fosker
1 Barry St
Morwell, AU_07 03840-0000
Australia

Cherry Foster
PO Box 598
Fuilton, TX 78358


Stephen Francisco
2338 Ptarmigan St. NW
Salem, OR 97304


Robert Franklin
2700 Tibbets Dr
Bedford, TX 76022


Tyler Frederick
1272 Timber Lane
Chalfont, PA 18914


John Freeman
6850 Faircove Dr
Rancho Palos Verdes, CA 90275


Raymond Freer
3418 ZEBECCA CREEK DR
Austin, TX 78732


Sarah Friend
Patzer Str 17
Berlin 12359-0000
Germany


Friendship Academy
301 Camp Meeting Rd
Sewickley, PA 15143


Thomas Frost Jr
1831 North 64th Lane
Phoenix, AZ 85035-4705

Dan Fuglesang
M libachstrasse 65
Richterswil 08805-0000
Switzerland


Andrew Furey
22101 St Michaels Cir
Great Mills, MD 20634


Peter Furst
Parkweg 13
Rothrist 04852-0000
Switzerland


Norbert Gabor
Kabar utca 11
Budapest 01039-0000
Hungary


Cristian-Catalin Gavat
Str Hasdeu B. Petriceicu Nr 1A
Iasi 00070-0109
Romania


Howard Geltman
74 Dale Road
Wethersfield, CT 06109


Gemini Computer Systems
1645 Temple Lane
Rockford, IL 61112


Erik Gierlach
627 Paxson Ave
Hamilton, NJ 08619

John Gilbert
53 Penn Way
Letchworth Garden City SG6 2SJ
United Kingdom


Peter Gill
19 The Oaks
Martlesham Heath
Ipswich IP53UN
United Kingdom


Leo Girouard
22 Brown Bay
Portage la Prairie, MB R1N 3R8
Canada


Walter Gladwin
53 Coronation Road
Southville
Bristol BS3 1AR
United Kingdom


Johnny Godfrey
2185 Wedgewood Dr
Longs, SC 29568


Soroush Golchini
Julius Raab Stra e, 10
Linz 04040-0000
Austria


Louis M Gold.
54 Cordova St.
San Francisco, CA 94112


Earl Gottfried
2501 Riverside Dr  Apt. 402
Coral Springs, FL 33065

Manuel Lu s Gouveia de Sousa
Marktplein 41 C 03
Galmaaden 01570-0000
Belgium


Gov. Juan Luis Hospital
4007 Estate Diamond Ruby
Christiansted, VI 00821


Bill Gove
11 Millrise Lane SW
Calgary, AB T2Y 2C2
Canada


Robert Graham
6290 SW 130 Tr
Miami, FL 33156


Grand River Hosp[tal
501 Airport Rd
Rifle, CO 81650


Norman Grant
1816 W North St
Kalamazoo, MI 49006


John Grden
25136 Acacia
Southfield, MI 48033


Elsworth Grey
3270 S 98th St
Milwaukee, WI 53227


William Griffin
300 Executive Drive
Edgewood, NY 11717

Steven Gruenhut
Stromkarlsvagen 36
Bromma 167 62
Sweden


Ronald Gula
20 Frederick Street
Swoyersville, PA 18704-3019


WAYNE GULLEDGE
1408 ASHLAND CITY RD
CLARKSVILLE, TN 37040-6403


Michael Haast
139C The Orchard
East Windsor, NJ 08512


Hampton Regional Med. Ctr.
595 W. Carolina Ave.
Varnville, SC 29944


Steven Harding
281 Whitetail Crossing Dr
Troy, MO 63379


HarperCollins Publishers
53 Glenmaura National Blvd
Moosic, PA 18507


Kiran Harry
PO Box 26
The Main Mall
Gaborone
Botswana


Patrick J Hart
PO Box 146
Gig Harbor, WA 98335

Barry Haysom
99 Ranchlands Lane Northeast
Medicine Hat, AB T1C 2A5
Canada


Healthprime Intl
174 Waterfront St.
Suite 330
Oxen Hill, MD 20745


Larry Hearold
12 Pine Drive
Homosassa, FL 34446


Jan Heckman
Westerstraat 24
Delft 2613RH
Netherlands


Thomas Heidger
481 6530 Road
Montrose, CO 81401


Paul Henne
712 Jupiter Hills Ct
Arnold, MD 21012


Erik Hieta
Seuravuorenkatu 15
Paattinen 21330-0000
Finland


Jay Highland
PO Box 560
Bayfield, CO 81122-0560


Milton Hobbs
183 Del Rio Rd
Hephzibah, GA 30815

Errol Hoch
1708 Saginaw DR
Coatesville, PA 19320


Norbert Hoeller
5234 Cherry Street
Stouffville, ON L4A 3K8
Canada


George Hoevenaar
Van Everdingenstraat 26
Eindhoven 05643-0000
Netherlands


Randall Hoffner
1091 Beswick Way
Ashland, OR 97520


Prem Holdaway
9 Harecourt Road
Canonbury
London N1 2LW
United Kingdom


Holland Bloorview Hospital
150 Kilgour Rd
Toronto, ON M4G 1R8
CANADA


Richard Hoodman
2455 S 3600 W
West Valley City, UT 84119


Jeffrey Hora
23998 Vinland Tedrrace NW
Poulsbo, WA 98370

Norbert Horsinka
Sulzbacher Str. 10
Bad Soden am Taunus 65812-0000
Germany


Howard County Med. Ctr.
1113 Sherman St.
St. Paul, MN 68873


James Hoxie
2000 Carrigan St.
Turlock, CA 95380


HPE-Portugal
Rua dos Malhoes 4
Quinta da Fonte-Edificio D, Sansho1
2774-528 Paco D'Arco, Oenas
PORTUGAL


Raymond Hricik
218 Saddle Court
Freedom, PA 15042


David Huelsmann
4810 N 147th Street
Omaha, NE 68116


Paul Hurved
39 Orchard Close
Shepshed LE12 9UB
United Kingdom


John Hutchinson
5 Savona Court
28 The Downs
London SW20 8HY
United Kingdom

Laurent Huyghebaert
Oosterzelesteenweg 123
Wetteren 09230-0000
Belgium


IDI Billling Solutions
7615 Omnitech Place
Victor, NY 14564


Gary Imel
5156 E 500th St
Putnam, IL 61560


Indian River Networks
241 Sixth Ave.
Indialantic, FL 32903


Ingerman Management Co.
5 Powell Lane
Collingswood, NJ 08108


M Ingham
18 Willowfield Avenue
Nettleham
Lincoln LN2 2TH
United Kingdom


Int' Wire Group
12 Masonic Ave.
Camden, NY 13316


IPS Ceramics
Unit 6 Decade Close
High Carr Business Park
Newcastle under Lyme ST5 7UH
UNITED KINGDOM

Ben Iveland
Fjellhoyveien 49U
Gre ker 01718-0000
Norway


William Jackson
4805 Bentcreek Drive
Fuquay Varina, NC 27526


Jens Alro Jacobsen-Fich
La Apa ada 4
El Cuchillo 35560-0000
Canary Islands


WAYNE JAGDEOSINGH
10813 NW 30TH ST BLDG 115 APT 105
MIAMI, FL 33172


Richard James
4456 Craig Court
Victoria, BC v8n 5w3
Canada


Stefan Jansson
Riddaregatan 2 A
Ume 90336-0000
Sweden


Mitchell Jeffers
4205 W Tropicana
1012
Las Vegas, NV 89103


Joseph Jeffrey
3909 Samuel Mathews
Williamsburg, VA 23188-1325

Torsten Johann
Leintelstr. 31
Ebersbach 73061-0000
Germany


Alfred Johnson
12804 Cottonwood Ct
Upper Marlboro, MD 20774


Kevin Johnson
21 Leen Mills Lane
Hucknall NG15 8BZ
United Kingdom


Harvey Jones
73 Haven Ave
Valley Stream, NY 11580


Roy Jones
26 Mac Donald Avenue
Padbury
Perth, AU_08 06025-0000
Australia


Vincent Jones
657 Molino Ave
Long Beach, CA 90814


Sherry Kahn
Kahn Landscaping LLC
147 Robinson Road Dept. 489
Hudson, NH 03051


Howard Kane
221 Lakeside Ave
Lake Hopatcong, NJ 07849

Paul Kapaldo
4777 Columbia Rd
Unit 204
North Olmsted, OH 44070


Nicholas Karlsson
Gropegardsgatan 5 Lgh 1303
Goteborg 41710-0000
Sweden


Martin Kaucsar
Str. Tarnita, nr.7
Cluj-Napoca 00040-0659
Romania


James Kavcak
551 E Church Ave
Telford, PA 18969


P. Kelderman
Wanmolen 20
Hellevoetsluis 3224BT
Netherlands


Toby Kemp
25 Cadles road
Unit 3
Carrum Downs, AU_07 03199-0000
Australia


Jari Kiero
Wohlfartstrasse 41
Munich 80939-0000
Germany


JinSeok Kim
10 Orchard Terrace
Riverhead
Auckland 00820-0000
New Zealand

David King
18 Craigs Park
Corstorphine
Edinburgh EH12 8UL
United Kingdom


Martin Kirk
21414 NE Lucia Falls Rd
Yacolt, WA 98675


Jim Kistler
5252 Auburn Circle
Westminster, CA 92683


Kevin Kitchen
4808 Andalusia Trail
Arlington, TX 76017-2166


Peter Klees
5613 HORSESHOE LAKE RD
Stafford, NY 14143


S David Klein
104 MINEOLA PLACE
EDISON, NJ 08817


Rev. Luke Kontgas
P.O. Box 349
Price, UT 84501-0349


Stephen Korin
50 Village Hill Drive
Dix Hills, NY 11746


Vernon Koscheski
4013 N Country Dr
Antelope, CA 95843

Kruger
3285 Chemin Bedford
Montreal, QC H3S 1G5
CANADA

Artur Krukowski
Archimidous 60
Athens 16343-0000
Greece

Gary Kryshka
87 Beechbrooke Way
Aurora, ON L4G 6N5
Canada

Anthony Krzywowiaza
83 N Transit Hill Dr
Depew, NY 14043

Roland Kugler
Astallerstrasse 7
Munchen 80339-0000
Germany

Douglas Lafayette
1404 Big Bend Dr
Plano, TX 75023

John Lance
90 Clubway Dr.
Greenville, NC 27834

Brian Landers
13339 Millbank Dr
Plainfield, IL 60585

Michal Lange
Fischachstrase
18/3
Bergheim bei Salzburg 05101-0000
Austria


John Langley
Box 44145
RPO Garside
Edmonton, AB T5V 1N6
Canada


David Lardner
12505 Saxony Park Circle #102
Louisville, KY 40299


David Lardner
112 Lovers Leap Rd.
Lawrenceburg, KY 40342


Jerry Larsen
4606 South Flamingo
Seabrook, TX 77586


Jz Lauratis
911 N Maddux Dr
Reno, NV 89512


Jake Lazinger
Hzyit 97
BetElazri 76803-0000
Israel


Chris Leach
56 High Beech Road
Loughton IG10 4BL
United Kingdom

Rinus Leeuw
H. Roland Holsthof 92
Weesp 1382SL
Netherlands


Grant Leggett
4707 Pasqua Street
Regina, SK S4S 6N7
Canada


Thomas Leo
18409 Chatham Lane
Porter Ranch, CA 91326


Greg Lepicier
2320 Sarah Ct.
Signal Hill, CA 90755


Reg Lewicki
6991 Silkwood Lane
Solon, OH 44139


Lifehouse Hospital
119-143 Missenden Rd
Camperdown, NSW 02050-0000
AUSTRALIA


William Light
2337 Quaker Ridge Dr
Ann Arbor, MI 48108


Jason Litke
10144 154 ST NW Unit 6
Edmonton, AB T5P 2H3
Canada

```
SALVATORE LIVATINO
VIA EDMONDO DE AMICIS N.15
PALERMO 90143-0000
Italy


James Lloyd
3015 Blackthorn Way
Henrico, VA 23233


William Lockridge
15231 S 14th Ave
Phoenix, AZ 85045


Ralph Loschiavo
7230 Kimpata Way
Brentwood Bay, BC V8M 1C1
Canada


Jorge Luiz Marques Lemos
Rua Soldado-Pol cia Militar Django da Si
Casa
Boa Vista, BR_RR 06931-3578
Brazil


Erick Lundin
1169 Claire Rd
Crownsville, MD 21032-1048


Macmillan Publishers Int'l Ltd.
Cromwell Pl. Hampshire Int'l Bus. Park
Lime Tree Way
Basingstoke, Hampshire RG24 8YJ
UNITED KINGDOM


Kjell Magnusson
Geijersgatan 35D
Uppsala 75231-0000
Sweden
```

Chris Mampaey
bist 35 bus 11
wilrijk 02610-0000
Belgium


Marcus Thomas LLC
4781 Richmond Rd
Cleveland, OH 44128


Jeffrey Martin
10 McFarlane Crescent
Epping, AU_07 03076-0000
Australia


Michael Martin
107 East Browning Road
Collingswood, NJ 08108


Peter Martin
2501 Maple Tree Drive
St. Charles, MO 63303


Rodney Martin
141 Gorge Road East
Suite 202
Victoria, BC V9A 1L1
Canada


Scott Martin
10615 Old Seagoville Rd
Dallas, TX 75217


Francisco Martinez Casanova
Doctor Buades, 5 2E
Alicante 03012-0000
Spain

Marty Martinez
357 Cherry Hills Ct
ThousandOaks, CA 91320


John Masles
880 Newton St
Monterey, CA 93940


Michael Masterson
334 Ensign Pond Rd,
North Hudson, NY 12855


James Mattern
4025 GAUGIN STREET
PENSACOLA, FL 32504


Bent-Olav Maurseth
Rosenlundvein 50
T nsberg 03150-0000
Norway


GREGORY MAYNARD
4511 1617 SK street
Elwood, IN 46036


Silvio Mazzella Jr.
711 Oakland Place
Bronx, NY 10457


CB McCoy
9550 Boca Gardens Parkway
APT A
Boca Raton, FL 33496


Kim McMuldrow
Broadmeadow Holistic Centre
Church Stretton SY6 6NQ
United Kingdom

James Mead
109 Pine Glen Drive
East Greenwich, RI 02818


Medical Assurance of MS
404 Westr Parkway Place
Ridgeland, MS 39157


Dominique Megard
42 rue de Lisbonne
CALAIS 62100-0000
France


Memorial Health Care
300 N. Columbia Ave
Seward, NE 68434


Marcio Ronaldo Mendez Riveiro
Rua Israel Wolf, 225
Bairro Jardim Itu Sabara
Porto Alegre, BR_RS 09121-5085
Brazil


Luciano Ricardo Mendonca
Rua Cardeal Stepinac, 191 Apto 201
Cidade Nova
Belo Horizonte, BR_MG 03117-0220
Brazil


Milton Messenger
2908 Gail Court
Newbury Park, CA 91320


Thomas Messimer
819 Michaywe Dr
Gaylord, MI 49735

Ronald Mets
Katschiplaan 172
Den Haag 02496-0000
Netherlands


Glen Millar
154 Eatons Crossing Road
Warner, AU_04 04500-0000
Australia


Darrell Miller
5 Cayanne CT
Greer, SC 29651


Allen Millner
38 Sullivan Street
Alltleboro, MA 02703


Nigel Mills
13 Brydges Road
Marple
Stockport SK6 7RA
United Kingdom


Missouri State Courts Admin.
290 Davidson Ave.
Somerset, NJ 08873


Stefan Mitschke
Hommerstr. 30
Trier 54290-0000
Germany


Charles Moll
3709 SE Velma Drive
Bartlesville, OK 74006

Monongahela Valley Hosp.
1163 Country Club Rd.
Monongahela, PA 15063


Monroe Woodbury School Dist.
167 Harriman Heights Rd
Harriman, NY 10926


Charles Moody
1601 May Ln
Bartlesville, OK 74006


David Moore
10336 Malcolm Circle
APT. K
Cockeysville, MD 21030


Nick Morgan
8 St Cuthberts Way
Holystone
Newcastle Upon Tyne NE27 0UZ
United Kingdom


Claudio Moroni
Via di Tor Millina 31
Roma 00186-0000
Italy


Morris Hosp. & Heathcare Ctr.
150 W. Hight St.
Morris, IL 60450


Peter Morris
52 Wellington Road
SANDHURST GU47 9AY
United Kingdom

Timothy Morris
841 E Grand Ledge Hwy
Grand Ledge, MI 48837


Robert Morton
8401 Rembrandt Circle
Newark, DE 19702


John Mark Motyer
PH7-1305 Ontario Street
Burlington, ON L7S 1Y1
Canada


Barry Moyse
48 Mulberry Road
Rugby CV22 7TD
United Kingdom


Mukilteo School Dist
9401 Sharon Dr.
Everett, WA 98204


KEVIN MULLEN
49 Croft Place
Eliburn
LIVINGSTON EH54 6RJ
United Kingdom


Stephen Mullen
415 Arrowhead Ct
Oldsmar, FL 34677


Hubert Muller
Blucherstrasse 6
Baar-Ebenhausen 85107-0000
Germany

Keiran Muller
204 Vickers Road
Townsville, AU_04 04815-0000
Australia


Sandy Murray
405, 27475 Twp Rd 380
Red Deer County, AB T4S 2B7
Canada


Naylor
11350 McCormick Rd
Hunt Valley, MD 21031


Neil Neil
33 Denmore Court Provost Mitchell Circle
Aberdeen AB23  8GT
United Kingdom


Russell Nelson
1305 JOE MORSE DR
Copperas Cove, TX 76522


Stephen Nesta
3 Giovanni Lane
Hilton, NY 14468-9424


Charles Nevius
501 Wilshire Blvd
Coffeyville, KS 67337-2552


Christopher Ng
134 Bellville House
2 John Donne Way
London SE10 9FW
United Kingdom

Anders Nielsen
Oestvej 4 B
Esboenderup
Graested 03230-0000
Denmark


Bernd Nikel
Stormstr. 8
Hagen 58099-0000
Germany


BORJE NILSSON
Vasagatan 5 B
Uppsala 75313-0000
Sweden


Eric Norgren
659 Bynum Ct
Oakley, CA 94561


Borje Norman
Havrevagen 6
Norsborg 14568-0000
Sweden


North Bay Health
1200 B. Gale Wilson Blvd.
Fairfield, CA 94533


North Oaks Medical Center
15790 Paul Vega Dr.
Hammond, LA 70403


Gregg Norton
708 Westview Avenue
Anderson, SC 29625

Mark Nosanchuk
8885 Riverside Drive East
Unit 608
Windsor, ON N8S 1G0
Canada


John Nystrom
2040 Burnstead Drive #20
Billings, MT 59101


Rich O'Brien
13043 SE 191st Street
Renton, WA 98058


Thomas Oatman
3321 Pioneer Crossing Dr.
Round Rock, TX 78665


Russell Oechsner
11418 Henderson Rd
Clifton, VA 20124


Uwe Oehler
Heiterer Blick 12
Neukirchen 09221-0000
Germany


Thor Olson
10 Elm Street
Terabase Corporation
Danvers, MA 01966


Onix
Old Power Station Shop E
C/Nobel and Armstrong Sts
Windhoek
NAMIBIA

Barbara Oram
2 Cross Keys 39 High Street
SHAFTESBURY
Shaftesbury SP7 8JE
United Kingdom


Alex Osadzinski
3725 Hidden Preserve Dr
Hillsborough, NC 27278


Oswego Hospital
110 W. 6th Street
Oswego, NY 13126


Denis Pageau
1189, rue du Geai-Bleu
Quebec, QC G3J 1X9
Canada


James Parker
36 Brittney LN
Paris, TN 38242


Carla Parmentier
8624 Saddleman Rd.
Peyton, CO 80831


Steve Paschal
1401 U.S. Hwy 54 Rm. 115
Pratt, KS 67124


Amit Patel
11014 Eagle Rock Dr.
Bakersfield, CA 93312


Michael Patrick
1704 Indian Springs Dr NW
Conover, NC 28613-8038

Bliss Payne
70 Victoria Street
Campbellton, NB E3N 1J4
Canada


Mark Pearce
7285 Woodland Creek Lane
Lake Worth, FL 33467


Valentino Pecaoco
41-A Mendoza St.,
Brgy. Paltok, San Francisco Del Monte
Quezon City 01105-0000
Philippines


Richard Peck
2264 State Route 92 Hwy
Harding, PA 18643-3063


Peerless Aerospace Fastener Co.
141 Executive Blvd.
Farmingdale, NY 11735


Daniel Pelissier
120 Oakwood Close
Red Deer, AB T4P 0C5
Canada


Thad Pendleton
11550 S. Justine St.
Chicago, IL 60643-5003


Penguin Random House UK
TBS Limited
Colchester Road
Colchester, Essex CO7 7DW
UNITED KINGDOM

Stefan Percy
21913 Loyalist Parkway
R.R. #2
Carrying Place, ON K0K 1L0
Canada


Luiz Rogero Pereira Rivera
Rua Barbedo, 640
Apto. 707
Porto Alegre, BR_RS 09011-0260
Brazil


Steven Perrine
1 YARROW CT
PERKASIE, PA 18944-2407


Jonathan Petrakos
9029 Fashion Drive
Sacramento, CA 95826


Phelps Memorial Health Center
1215 Tibbals St.
Holdredge, NE 68949


Jerry Phelps
7385 Irvin Ave S
Cottage Grove, MN 55016


Jeff Phillips
6333 E Quail Track Circle
SCOTTSDALE, AZ 85266


Tony Phillips
17 Sorrel Close
Trowbridge BA14 0XX
United Kingdom

Pidherney's
27323-56 Twp Rd.
Blackfalds, AB T0M 0J0
CANADA


Gustav Pieler
Hummelgasse 86
/1/2
Wien 01130-0000
Austria


John Pierce
8071 nw 10 ct unit i
Margate, FL 33063


Paul Plak
Clos R my van den Abeele 2
Soignies 07060-0000
Belgium


Stuart Plotnick
51 Monroe Street
Rockville, MD 20850


Thomas Podolan
608 W Shiawassee Ave
Fenton, MI 48430


Stephen Pope
Flat 7 Copthall House
Aldershot GU111SH
United Kingdom


Kirk Poschman
190 Powder Horn Trail
San Marcos, TX 78666

Bob Powell
3917 Old Courthouse Rd
Sophia, NC 27350


Robert Preston
67 Ridgepoint Way
Sherwood Park, AB T8A 6B3
Canada


Princeton Hospital
160 Springhaven Dr.
Princeton, WV 24740


Walter Qualls
503 Pin Oak St
POB 186
Calvert, TX 77837


Queensway Carleton Hospital
3045 Baseline Rd
Ottawa, ON K2H 8P4
CANADA


Dr Michael Raffin
216 S Pierce Ave
Wheaton, IL 60187


Milan Ralitsch
1113-40 Grandville Ave
Hamilton, ON L8E 1J7
Canada


RBI Corporaion
10201 Cedar Ridge Dr.
Ashland, VA 23005


Redington Fairview Hospital
46 Fairview Ave
Skowhegan, ME 04976

Elison Redlien Redlien
Trav Expedicion rio Joao Franco 67 casa
Sao Goncalo, BR_RJ 02441-5610
Brazil


Edward Redondo
2039 Dairy Mart Rd, Unit 10
San Diego, CA 92173


Brian Reece
21 Alana Ct
Wantirna South, AU_07 03152-0000
Australia


James Reeder
6939 E MEDINA AVE
MESA, AZ 85209


William Rehfield
1012 158th Place SE
Bellevue, WA 98008


REI
6750 S. 228th St
Kent, WA 98032


Republic Nat'l Distributing
One National Drive
Atlanta, GA 30336


Jeremy Ressler
10 Saint Johns Road West
Littlestown, PA 17340


Cynthia Reusche
131 Moffet Rd
Lake Bluff, IL 60044

Thomas Reynolds
20808 South Acorn Ridge Dr.
Frankfort, IL 60423-8140


Herb Rim
17328 Ventura Blvd #172
Encino, CA 91316


James Rinella
278 S. Locust Street
Kipa Enterprises
Canby, OR 97013


Victor Rivera
13524 Hoover Ave
Apt 1C
Jamaica, NY 11435-1491


Riverside Transit Agency
1825 Third St
Riverside, CA 92507


Charles Robbins
527 Chicory Street
Machesney Park, IL 61115


Scott Robinson
16625 Redmond Way Ste M
PMB467
Redmond, WA 98052


Mark Roden
5 Cross Street
Port Sunlight
Wirral CH62 4UN
United Kingdom

Alejandro Rodriguez
2338 Hughes ave
Bronx, NY 10458


FREDERIC ROESEL
3322 WILLOW LN
JOPLIN, MO 64801


Kevin Rogers
254 Narragansett Pkwy.
Warwick, RI 02888


Charles Romer
17315 Lyric Way Dr
Tomball, TX 77377


JEFFREY P ROSEMAN
30 Waterside Plz #6C
NY, NY 10010


Andrew Roy
508 S Ridgeway Avenue
Champaign, IL 61821


George Ruch
505 Sunland Dr
Clovis, NM 88101-4015


Alain Ruellan
4 chemin de g niet
saint-quay-portrieux 22410-0000
France


Peter Rutterford
7 Cornec Chase
Eastwood
Leigh-on-Sea SS9 5EW
United Kingdom

S&T Enterprises
111 S. Cayuga Rd
Williamsville, NY 14221


Hubert Sack
Pflugstrasse 34
Dusseldorf 40470-0000
Germany


Salient Corporation
203 Colonial Dr.
Horseheads, NY 14845


Salina Regional Health Center
400 S. Santa Fe Ave.
Salina, KS 67401


Koustav Samaddar
587 Winterset Rd
Kanata, ON K2T0R1
Canada


Sampson Regional Med. Ctr.
607 Beaman St.
Clinton, NC 28328


Leslie Sandler
10101 Daphney House Way
Rockville, MD 20850


Jonathan Satchell
3 Barcelona Crescent
Wroughton
Swindon SN49EE
United Kingdom

Claudio Satriani
via venezia 50a
genova 16126-0000
Italy


Savills PLC
3 London Wall Bldg. 2nd fl.
London EC2M 5RL
UNITED KINGDOM


John Savory
12592 Horado Road
San Diego, CA 92128


Ken Scheidt
109 Lucas Lane
Midland City, AL 36350


Ivo Schlosser
Allee Du Bois Des Roux 8
Grez-Doiceau 01390-0000
Belgium


Kurt Schneiter
2200 Classen Blvd. #3123
Norman, OK 73071


Matthew Schroebel
3935 Trego Mountain Rd
Keedysville, MD 21756


Harry Schuckel
5607 Catoctin Ridge Drive
Mount Airy, MD 21771


Michael Scott
655 County Road 2331
Como, TX 75431

Vaclav Sedlacek
Sred 235
Bulhary 69189-0000
Czech Republic


Alan Sejrbo-Petersen
Horsdalsvagen 167
Kvidinge 265 72
Sweden


David Sellers
49 W Sycamore Ave
Arcadia, CA 91006


Jeffrey Selznick
1818 Midsummer Lane
Jarrettsville, MD 21084


Edward J Seman Jr.
134A Charity Dr
Park Lane Condos
Greensburg, PA 15601


Terence Semple
50 Lake St.
St. Catharines, ON L2R 5X1
Canada


Kevin Shanahan
112 MOORE RD
DARLINGTON, PA 16115-1704


Shenandoah Westminster
300 Westminster Canterbury Dr.
Winchester, VA 22603

Andrew Shepherd
Mayfield, Watermill Lane
Beckley
Rye TN31 6SH
United Kingdom


Ashley Shepherd
2 Highwood Close
Swindon SN2 2RE
United Kingdom


Merrill Shulman
363 Niagara Street
Winnipeg, MB R3N0V3
Canada


Peter Singer
119 - 143 Missenden Road
Camperdown, AU_02 02050-0000
Australia


Donald Sitterly
159 N Ridgeland Ave
Oak Park, IL 60302


Brent Smith
340 Wesfork Way
Suwanee, GA 30024


Michael Smith
1616 Cora Marie Dr
Pflugerville, TX 78660


Robert Smith
417 Cecelia Way
Los Altos, CA 94022

Tobin Smith
6116 Rosemont Circle
North Bethesda, MD 20852


Erik Soethoudt
Rivierstraat
92
Turnhout 02300-0000
Belgium


Solutions Unlimited
401 E. Kennedy St.
Suite B6
Spartanburg, SC 29302


Bertin Soucy
287 de la Galene
Gatineau, QC J8Z 3P5
Canada


South Side School District
4949 State Route 151
Hookstown, PA 15050


Southwest Medical Center
315 W. 15th St.
Liberal, KS 67901


Donald Spaide
6939 Tree hill Rd
Matthews, NC 28104


Jonathan Spenser
80 Calle Del Medio
Sedona, AZ 86336

Jim Sponaugle
1214 Smith Street
Suite 202
Charleston, WV 25301


Chris Spurling
8165 Gum St.
Houma, LA 70364


SS&C Advent
9000 Southside Blvd.
Suite 7500
Jacksonville, FL 32256


Ken Starnes
17 Boughey Place
Lewes BN7 2EN
United Kingdom


State of Conn. Judical Branch IT
99 E. River Dr. 6th fl.
East Hartford, CT, CT 06108


Donna Steiger
384 Tunk Creek Rd
Riverside, WA 98849


Thomas E Stevenson
236 Grey Feather Rd
Huntsville, TX 77340


Ian Stirling
8 Thetford Gardens
Chandlers Ford
Eastleigh SO53 4RN
United Kingdom

Miroslav Strasik
Pribinova 971/28
Povazska Bystrica 01701-0000
Slovakia


Louis Strieber
20742 Stone Oak Pkwy, Suite 107
San Antonio, TX 78258


Alexandra Struijk
Berkenlaan 40
Kapellen 02950-0000
Belgium


Richard Talkington
581 Racquet Club Ln
Thousand Oaks, CA 91360


Oliver Tan
5-3576 SE Marine Dr.
Vancouver, BC V5S4R3
Canada


Michael Tani
17615 Ainsworth Ave.
Torrance, CA 90504


Wade Taylor
5894 Bridgetown Ct
Burke, VA 22015-2811


TechSoup Global
435 Brannan St.
Suite 100
San Francisco, CA 94107


Tegria
711 S. Cowley
Spokane, WA 99202

The Watson Institute
301 Camp Meeting Rd
Sewickley, PA 15143


Guy Thibert
741-1 Ishida, Isehara-shi, Apt. 504
, JP_14 259-1116
Japan


Guy Thibert
635-8 Ishida
Isehara 259-1116
Japan


Harold Thiele
PO Box 55
Heiskell, TN 37754


Marie Thiers
Oppeby Gard 65, lgh 1101
Nykoping 61155-0000
Sweden


KOSHY THOMAS
40 MICHELANGELO LANE
HAMILTON, ON L9B0C2
Canada


Ray Thomas
380 Gibb Street
Oshawa, ON L1J1Z3
Canada


Markus Thomi
Palmstrasse 1
Winterthur 08400-0000
Switzerland

Karsten Thuener
Saarlandstr. 29
Herne 44651-0000
Germany


Christopher Todd
31035 Beachwalk Dr Apt 803
Novi, MI 48377-1420


Samuel Tof
21 Windsor Drive
Lysterfield, AU_07 03156-0000
Australia


Greg Tomko
1217 Village Road
Mount Pleasant, PA 15666


Jan Toof
2006 Manchester Road
Wheaton, IL 60187-4567


Steven Torontali
3889 Wiltshire Rd.
Moreland Hills, OH 44022


Bennett Torre
249 Pine Hill Road
Falls, PA 18615


Travel Centers of America
24601 Center Ridge Rd.
Ste. 200
Westlake, OH 44145


Francois Trotto
3 LA VALETTE
Chateauneuf la foret 87130-0000
France

Turnkey Distribution Systems
2 Centennial Dr/
Suite 220A
Peabody, MA 01960


Steve Tuttle
2445 SE Cuvier Street
Tecumseh, KS 66542


Tweaking Technologies Pvt. Ltd.
IT-A-016A + 016BG, IT/ITes
Kalwara, Jaipur, 302039
INDIA


US District Court of DC
333 Constitution Ave. NW
Washington, DC 20001


Valero
1 Valero Way
San Antonio, TX 78249


Alexandru Vasile
309 Pennsylvania Ave. W, Apt. 13
Warren, PA 16365-2477


Alexander Vasquez
6204 Creekview Ln N
Brooklyn Park, MN 55443-2370


James Venneberg
515 Fence Rd
Greer, SC 29651


Vermeer Midwest
2801 Beverly Dr.
Aurora, IL 60502

Michael Vesper
2304 / 1 Nield Avenue
Greenwich, AU_02 02065-0000
Australia


Alessandro Viacava
Via Paleocapa 23/12A
Genova 16135-0000
Italy


Giorgio Villa
Largo Orbassano 79
Torino 10136-0000
Italy


Village of Pinehurst
700 McCaskill Rd. E.
Pinehurst, NC 28374


Frank Vineyard
2385 Coachman Drive
Roanoke, VA 24012


Vishay Int'l
63 Lancaster Ave.
Malvern, PA 19355


David Volle
425 E Lincoln Ave
Glendale Heights, IL 60139


Bert Vorstenbosch
Wezenlaan 155
Nijmegen 6531MN
Netherlands

Jeffrey Waddell
9 rue Portal Donateurs
Laroque des Alb res 66740-0000
France


Peter Walfridsson
Box 213
Vaderstad 590 21
Sweden


James Walgate
A I Walgate & Son
Hall Farm
Market Rasen LN7 6DB
United Kingdom


Walker IT Group
PO Box 7631
Newark, DE 19714


Eric Walker
12 Orchard Brae
Kirriemuir
Kirriemuir DD8 4JY
United Kingdom


Len Waller
27 Aspen Way
Arundel, AU_04 04214-0000
Australia


Walthers
5601 W. Florist Ave
Milwaukee, WI 53218


Westlake City School Dist.
24365 Hilliard Blvd.
Westlake, OH 44145

Tim Wetzel
818 Dunbar Road
Carlisle, PA 17013


Frank White III
308 Alfandre Mews
Gaithersburg, MD 20878


Kevin White
7003 Carrick Ct.
Dublin, OH 43017


Roland Wieloch
Hagisstr. 32
Herrenberg 71083-0000
Germany


Gregory Wille
99 Hickory Road
Attleboro, MA 02703


Arie Willenbrecht
784 Lilac Dr
Windsor, CO 80550


George C . Williams, III
1050 Lakeview Street
Madison, GA 30650-2010


Peter Williams
5 Kingsfold Close
Billingshurst RH14 9HG
United Kingdom


Tom Williams
10280 Gateway Pl
Apt 328
Cincinnati, OH 45242

Jeff Willis
2550 N Hollywood Way
Suite 404
Burbank, CA 91505


Fred Wilten
37 Cobble Lane
Basking Ridge, NJ 07920


Howard Winkler
13643 SE 89th Court
Summerfield, FL 34491


David Witcher
29 Kell Lane
Stump Cross
Halifax HX3 7AY
United Kingdom


Alejandro Wohlers
Suipacha 1111 - Piso 32
CABA 01008-0000
Argentina


Andy Wolford
3111 Fairview Drive
PO Box 1389
Owensboro, KY 42302-1389


Ting Sern Wong
35, Ripley Crescent
Singapore 00055-6213
Singapore


John Woods
1869 Camino a los Cerros
Menlo Park, CA 94025

Workers Health & Safety Centre
675 Cochrane Dr
Suite 710 East Tower
Markham, ON L3R 0B8
CANADA


William Wright
2285 Wheatgrass Rd
American Falls, ID 83211


Victor Zablit
56531 Lake Park Way #5
La Mesa, CA 91942


Hans Zanner
Fischer v. Erlachstr. 28
Salzburg 05020-0000
Austria


Joseph Zubrzycki
1015 Oakwood Ave
Blackwood, NJ 08012


Martin Zwahlen
Hauptstrasse 21
Steinach 09323-0000
Switzerland

# United States Bankruptcy Court
## District of Maryland

In re    **Raxco Software, Inc.**                                                      Case No.
                                      Debtor(s)                    Chapter      **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Raxco Software, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**March 28, 2024**                              **/s/ David E. Lynn**
Date                                           **David E. Lynn MDFedBar#08779**
                                               Signature of Attorney or Litigant
                                               Counsel for   **Raxco Software, Inc.**
                                               **David E. Lynn, P.C.**
                                               **15245 Shady Grove Road, Suite 465 N**
                                               **Rockville, MD 20850**
                                               **301-255-0100**
                                               **davidlynn@verizon.net**